UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | | |
|---|---|---|
| Valerie Jones <br> PO Box 73992 <br> Wash., DC 20056 <br><br> Plaintiff, <br> v. <br><br> The University of the District of <br> Columbia, Board of Trustees of <br> The University of the District of <br> Columbia <br> 4200 Conn. Ave., NW <br> Wash., DC 20008 <br><br> and <br> District of Columbia <br> 441 4th St., NW <br> Wash., D.C. 20001 <br><br> Defendants. | * * * * * * * * * * * * * * * * * * * * * | Civ. Action No. <br><br> JURY TRIAL DEMANDED <br><br><br><br> CASE NUMBER 1:05CV01187 <br> JUDGE: Ricardo M. Urbina <br> DECK TYPE: Employment Discrimination <br> DATE STAMP: 06/14/2005 |

**FILED JUN 1 4 2005**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## COMPLAINT

Plaintiff Valerie Jones, by counsel, complains of the Defendants as follows:

### JURISDICTION AND VENUE

1. This action alleges that defendants violated the Americans with Disabilities Act and follows a determination from the EEOC finding a violation of the law (Exhibit 2).

2. The Court has federal question jurisdiction because the parties are citizens of the District of Columbia and the alleged unlawful acts took place here. This action was filed within 90 days after Plaintiff received her right to sue letter from the EEOC.

### THE PARTIES

3. Plaintiff Valerie Jones resides in Wash., DC.

4. On information and belief, defendant District of Columbia is a municipality organized under the laws of the United States, has its offices located at 441 4th St., NW, Wash., DC,

and employs more than 15 people.

5. On information and belief, defendant The University of the District of Columbia is an agency or department of the defendant District of Columbia and has its offices located at 4200 Conn. Ave., NW, Wash., DC 20008.

6. On information and belief, defendant Trustees of the Board of the University of the District of Columbia is an agency or department of the defendant District of Columbia and has its offices located at 4200 Conn. Ave., NW, Wash., DC 20008.

## FACTS

7. Plaintiff was formerly employed by defendants between 1988 and August 2004.

8. Plaintiff is disabled within the meaning of the federal Americans with Disabilities Act and Rehabilitation Act because she suffers from chronic arthritis in her shoulder, neck and knees, bursitis in her hip, and various chronic back conditions that substantially limits one or more of her major life activities including walking, standing, bending, lifting.

9. At all times, Plaintiff was able to perform the essential functions of her job with reasonable accommodations.

10. In 2003 and 2004, Plaintiff requested reasonable accommodations for her disabilities including working light duty.

11. Defendants denied Plaintiff's requests for accommodations.

12. Defendants have refused to allow Plaintiff to work unless she had a full medical release.

13. Plaintiff has been out of work since 2003.

14. Defendants refused to enter into an interactive process in regards to her requested accommodations.

15. Plaintiff filed a charge of discrimination with the EEOC based upon the foregoing allegations. It is attached as Exhibit 1.

16. The EEOC determined that defendants violated the Americans with Disabilities Act. A

copy of the Determination is attached as Exhibit 2.

17. The EEOC issued a notice of right to sue on March 22, 2005 and this suit was filed within 90-days. It is attached as Exhibit 3.

18. Plaintiff has sustained damages as a result of the foregoing unlawful acts consisting of lost pay, front pay, lost benefits, emotional distress, mental anguish, pain and suffering, and inconvenience.

## COUNT 1

19. Plaintiff repeats and realleges the allegations contained in paragraphs 1-18 as if more fully set forth herein.

20. By and through its conduct, Defendants violated the federal Americans with Disabilities Act and Rehabilitation Act by discriminating against Plaintiff on the basis of her disabilities.

21. Plaintiff demands a trial by jury.

## COUNT 2

22. Plaintiff repeats and realleges the allegations contained in paragraphs 1-21 as if more fully set forth herein.

23. By and through its conduct, Defendants violated the federal Americans with Disabilities Act and Rehabilitation Act by denying Plaintiff reasonable accommodations.

24. Plaintiff demands a trial by jury.

WHEREFORE, Plaintiff demands judgment on Counts 1-2 and damages in the amount of $300,000, or such other amount as the jury determines should be awarded, consisting of back-pay, front-pay, lost benefits, compensatory damages for emotional distress, pain and suffering, inconvenience, mental anguish, reasonable attorney's fees and such other relief as the Court deems just and fair.

## DEMAND FOR A JURY TRIAL

Plaintiff demands a trial by jury on all counts.

Date:      June 14, 2005
           Washington, D.C.

                                        Alan Lescht & Associates, P.C.

                                        By: _____
                                            Alan Lescht
                                        D.C. Bar No. 441691
                                        1050 17th Street, N.W. Suite 220
                                        Washington, D.C. 20036
                                        (202) 463-6036
                                        Attorneys for Plaintiff