## EXHIBIT 1

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 100-2004-00214 |

**D.C. Office Of Human Rights** and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone No. (Incl Area Code) | Date of Birth |
|---|---|---|
| Valerie Jones | (202) 498-3352 | 02-14-1947 |

Street Address: P.O. Box 73992, Washington, DC 20056

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| UNIVERSITY OF THE DISTRICT | Unknown | (202) 282-7483 |

Street Address: 4200 Connecticut Ave., Nw, Washington, DC 20008

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 07-05-2003   Latest: 10-27-2003
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I. I was hired by the above-named Respondent on May 16, 1988. On November 14, 2002, I sustained a work-related injury. I was on medical leave from November 14, 2002 until July 5, 2003, when I was released to return to work with restrictions. When I attempted to return to work, the Respondent told me that they could not accommodate my work restrictions. I was further told that in order for me to return to work, that my doctor had to release me to return to work at 100% with no restrictions.

On October 27, 2003, I again attempted to return to work and was told that I could not return to work with restrictions.

II. RESPONDENT'S REASON FOR ADVERSE ACTIONS: Robert Robinson told me that the Respondent did not have any light duty work for me.

III. I believe that the Respondent has violated my rights under Title I of the Americans With Disabilities Act of 1990.

05 1187

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Dec 17, 2003
Date — Valerie S. Jones — Charging Party Signature

NOTARY — When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

FILED JUN 1 4 2005

SUBSCRIBED AND SWORN TO BEFORE ME THIS
(month, day, year)

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT