UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VALERIE JONES, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
|   v. | ) Civil Action No. 05-1187 (RMU) |
| | ) |
| THE UNIVERSITY OF THE DISTRICT OF | ) |
| COLUMBIA, BOARD OF TRUSTEES OF THE | ) |
| UNIVERSITY OF THE DISTRICT OF | ) |
| COLUMBIA | ) |
| 4200 Connecticut Ave., N.W. | ) |
| Washington, DC 20008 | ) |
| | ) |
|     and | ) |
| | ) |
| DISTRICT OF COLUMBIA | ) |
| A municipal corporation | ) |
| 441 4th Street, N.W. | ) |
| Washington, DC 20001 | ) |
| | ) |
|     Defendants. | ) |
| _____ | ) |

DEFENDANT DISTRICT OF COLUMBIA'S MOTION TO DISMISS

      Defendant District of Columbia, through counsel and pursuant to Fed. R. Civ. P. 12(b)(6), respectfully moves to dismiss plaintiff's complaint for failure to state a claim against this defendant upon which relief can be granted.  In support of this motion, the District of Columbia states that it is not a proper defendant because it has no control or authority over the University of the District of Columbia, which is an independent agency governed by the Board of Trustees of the University of the District of Columbia.

      The grounds in support of this motion are fully set forth in the accompanying memorandum of points and authorities, which is attached hereto and incorporated by reference.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division


/s/ Holly M. Johnson /s/
HOLLY M. JOHNSON [476331]
Chief, General Litigation Section III


/s/ Carl J. Schifferle /s/
CARL J. SCHIFFERLE [463491]
Assistant Attorney General
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6624
(202) 727-3625 (fax)
Email:  carl.schifferle@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VALERIE JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1187 (RMU) |
| | ) |
| THE UNIVERSITY OF THE DISTRICT OF | ) |
| COLUMBIA, BOARD OF TRUSTEES OF THE | ) |
| UNIVERSITY OF THE DISTRICT OF | ) |
| COLUMBIA | ) |
| 4200 Connecticut Ave., N.W. | ) |
| Washington, DC 20008 | ) |
| | ) |
| and | ) |
| | ) |
| DISTRICT OF COLUMBIA | ) |
| A municipal corporation | ) |
| 441 4th Street, N.W. | ) |
| Washington, DC 20001 | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT DISTRICT OF COLUMBIA'S MOTION TO DISMISS

Plaintiff, a former employee of the University of the District of Columbia, files this suit alleging violations of the Americans with Disabilities Act and the Rehabilitation Act.  In her complaint, she claims that she is disabled within the meaning of those Acts but has been denied reasonable work accommodations.  (Compl. ¶ 8-11).  The complaint names as defendants the District of Columbia and the Board of Trustees of the University of District of Columbia.

This Court should dismiss the complaint against the District of Columbia because the District of Columbia has no control or authority over the University of the District of Columbia, which is an independent agency governed by the Board of Trustees of the University of the District

of Columbia. D.C. Code § 38-1202.01(b) (2001). The Board of Trustees "shall be charged with the responsibility of governing the University of the District of Columbia and shall possess all the powers necessary or convenient" thereto. D.C. Code § 38-1202.01(a) (2001). The powers of the Board of Trustees include the power "to sue and be sued" and "to complain and defend in its own name in any court of competent jurisdiction." D.C. Code § 38-1202.01(a) (2001). Accordingly, the only proper defendant in this case is the Board of Trustees of the University of the District of Columbia, and the complaint against the District of Columbia should be dismissed for failure to state a claim against this defendant.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division


/s/ Holly M. Johnson /s/
HOLLY M. JOHNSON [476331]
Chief, General Litigation Section III


/s/ Carl J. Schifferle /s/
CARL J. SCHIFFERLE [463491]
Assistant Attorney General
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6624
(202) 727-3625 (fax)
Email: carl.schifferle@dc.gov