UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VALERIE JONES, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1187 (RMU) |
| | ) |
| THE UNIVERSITY OF THE DISTRICT OF COLUMBIA, BOARD OF TRUSTEES OF THE UNIVERSITY OF THE DISTRICT OF COLUMBIA, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

ORDER

Upon consideration of the defendant District of Columbia's motion to dismiss, the memorandum of points and authorities in support thereof, and any opposition thereto, it is by the Court this _____ day of _____, 2005,

ORDERED, that the defendant District of Columbia's motion to dismiss is hereby GRANTED; and it is,

FURTHER ORDERED, that the complaint against the District of Columbia is hereby DISMISSED.

_____
RICARDO M. URBINA
U.S. DISTRICT JUDGE