UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Valerie Jones | * | Civ. Action No. 05-1187 (RMU) |
| Plaintiff, | * | |
| v. | * | |
| UDC Board of Trustees. | * | |
| Defendant. | * | |

JOINT MEET AND CONFER STATEMENT

Pursuant to Fed. R. Civ. P. 26(f), L.Cv.R. 16.3, and the Court's General Order and Guidelines for Civil Cases (ECF) (the "General Order"), the parties, through their undersigned counsel, hereby state that they conferred and reached the agreements set forth herein. Pursuant to the rules of this Court and the General Order, counsel submit this report and a proposed Scheduling Order incorporating the parties' suggestions.

**Statement of the Case**:

Plaintiff, Valerie Jones, alleges that the defendant, the Board of Trustees of the University of the District of Columbia, violated the Americans with Disabilities Act (ADA). Plaintiff, a university police officer, alleges that she is disabled because she suffers from chronic arthritis, bursitis, and various chronic back conditions that substantially limits her major life activities, including walking, standing, bending and lifting. Plaintiff alleges that she requested reasonable accommodations, including light duty work. Defendant denies that it committed any violations of the ADA, that plaintiff made an appropriate request for accommodation, or that any reasonable accommodation existed.

1

Plaintiff filed a complaint with the EEOC. EEOC issued a Determination finding probable cause that a violation of the ADA occurred.

1.  **Dispositive Motions**

Plaintiff does not intend to file a dispostiive motion. Defendant intends to file a motion for summary judgment after the close of discovery.

2.  **Joinder and Amendment**

The parties agree that third party pleadings and amended pleadings, if any, should be filed within 60 days after the entry of a Scheduling Order unless otherwise ordered by the Court for good cause shown.

3.  **Magistrate Judge**

The plaintiff consents to assignment of this case to a Magistrate Judge for all purposes. The defendant does not consent, except for the purposes of mediation.

4.  **Settlement**

The parties consent to early mediation before a Magistrate Judge.

5.  **ADR**

The parties consent to early mediation before a Magistrate Judge.

6.  **Dispositive Motions Schedule**

The parties propose that any dispositive motions be filed no later than 45 days after the close of discovery; any opposition be filed within 30 days after the filing of the motion; and any reply be filed within 10 days after the filing of the opposition.

7.  **Initial Disclosures**

The parties agree to dispense with initial disclosures under FRCivP 26(a)(1).

8.  **Extent of Discovery**

The parties propose that fact discovery close four months after the date the Scheduling Order is entered. The parties agree that the limitations on discovery contained in F.R.Civ.P. 30, 33, & 34 should apply. The parties also propose that all written discovery requests (except for notices of deposition) be served no later than 30 days after the entry of the Scheduling Order.

9.  **Expert Witnesses**

The parties recommend that the expert disclosures, if any, required by F.R.Civ.P. 26(a)(2) be made 60 days before the close of discovery; and that any rebuttal expert disclosure be made 30 days thereafter. Expert depositions, if any, are to be conducted within 30 after all expert disclosures are completed.

10. **Class Action**

This is not a class action lawsuit.

11. **Bifurcation**

The parties do not seek bifurcation.

12. **Pre-trial Conference**

The Pre-trial Conference should be scheduled by the Court at the initial scheduling conference.

13. **Trial Date**

Plaintiff proposes that the date of trial (2 days) should be scheduled by the Court at the initial scheduling conference. Defendant proposes that the trial date should be set at the pretrial conference.

3

14.    **Proposed Order**

A proposed Scheduling Order is submitted herewith.

Date:  September 8, 2005

                        Respectfully submitted,

                        Alan Lescht #441691
                        Alan Lescht & Associates, P.C.
                        1050 17th St., N.W. Suite 220
                        Washington, D.C. 20036
                        (202) 463-6036
                        Attorneys for Plaintiff


                        ROBERT J. SPAGNOLETTI
                        Attorney General for the District of Columbia

                        GEORGE C. VALENTINE
                        Deputy Attorney General, Civil Litigation Division

                        /S/
                        HOLLY M. JOHNSON [476331]
                        Chief, General Litigation Section III

                        /S/
                        CARL J. SCHIFFERLE [463491]
                        Assistant Attorney General
                        Suite 600S
                        441 Fourth Street, N.W.
                        Washington, D.C. 20001
                        (202) 724-6624
                        (202) 727-3625 (fax)
                        Email: carl.schifferle@dc.gov
                        Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Valerie Jones | * | Civ. Action No. 05-1187 (RMU) |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | |
| UDC Board of Trustees. | * | |
| | * | |
| Defendant. | * | |

### SCHEDULING ORDER

Upon consideration of the joint meet and confer report of the parties, it is hereby ORDERED as follows:

1. Third party pleadings and amended pleadings shall be filed within 60 days after the entry of this Order.

2. Any dispositive motions shall be filed no later than 45 days after the close of discovery, any opposition shall be filed within 30 days after service, and any reply shall be filed within 10 days after the opposition is filed.

3. Initial disclosures are not required.

4. Discovery shall close 120 days after the entry of this Order. Written discovery requests shall be served no later than 30 days after the entry of this Order.

5. Expert disclosures shall be made 60 days before the close of discovery; and any rebuttal expert disclosure shall be made 30 days thereafter. Expert depositions, if any, are to be conducted within 30 after all expert disclosures are completed.

5

6.  The pre-trial conference shall be _____.

7.  The trial of this case shall be on _____.

**SO ORDERED** on this ___ day of _____, 2005.

_____
Hon. Ricardo M. Urbina
United States District Judge