# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Valerie Jones,** )<br>)<br>    **Plaintiff.** )<br>)<br>v.  )<br>)<br>**University of the District of Columbia** )<br>    **Board of Trustees** *et al*, )<br>)<br>    **Defendants.** )<br>_____ ) | Civil Action No. 05-1187 (RMU) |

## PRAECIPE OF APPEARANCE

Will the Clerk of the Court please enter the appearance of Assistant Attorney General Dana K. DeLorenzo as attorney for the University of the District of Columbia Board of Trustees.

                                       Respectfully submitted,

                                       ROBERT J. SPAGNOLETTI
                                       Attorney General for the District of Columbia

                                       GEORGE C. VALENTINE
                                       Deputy Attorney General
                                       Civil Litigation Division

                                       */s/ Holly M. Johnson /s/*
                                       HOLLY M. JOHNSON [476331]
                                       Section Chief
                                       General Litigation Section III

                                       */s/ Dana K. DeLorenzo /s/*
                                       Dana K. DeLorenzo [468306]
                                       Assistant Attorney General
                                       441 4th Street, N.W., 6S61
                                       Washington, D.C. 20001
                                       (202) 724-6515
                                       (202) 727-3625 (fax)
                                       Dana.delorenzo@dc.gov