UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Valerie Jones,** )<br>)<br>    **Plaintiff.** )<br>)<br>**v.** )<br>)<br>**University of the District of Columbia** )<br>    **Board of Trustees** *et al*, )<br>)<br>    **Defendants.** )<br>_____) | **Civil Action No. 05-1187 (RMU)** |

**DEFENDANT UNIVERSITY OF THE DISTRICT OF COLUMBIA'S MOTION TO ENLARGE THE SCHEDULING ORDER BY AN ADDITIONAL SIXTY DAYS**

Defendant University of the District of Columbia ("UDC"), by and through undersigned counsel, hereby moves this Court to enlarge the scheduling order in the above-captioned litigation by an additional sixty (60) days, for the purpose of taking the plaintiff's deposition. A Memorandum of Points and Authorities, along with a proposed Order, are attached hereto.

Pursuant to Local Rule 7.1(m), on April 27, 2006, undersigned counsel left a message for Alan Lescht, Esq., counsel for the plaintiff, asking for his consent to the relief sought herein. As of the time the instant motion was filed, undersigned counsel has not received a responsive telephone call from Mr. Lescht.

                                                            Respectfully submitted,

                                                            ROBERT J. SPAGNOLETTI
                                                            Attorney General for the District of Columbia

                                                            GEORGE C. VALENTINE
                                                            Deputy Attorney General
                                                            Civil Litigation Division

*/s/ Holly M. Johnson /s/*
HOLLY M. JOHNSON [476331]
Section Chief
General Litigation Section III

*/s/ Dana K. DeLorenzo /s/*
Dana K. DeLorenzo [468306]
Assistant Attorney General
441 4th Street, N.W., 6S61
Washington, D.C. 20001
(202) 724-6515
(202) 727-3625 (fax)
Dana.delorenzo@dc.gov

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Valerie Jones,** ) | |
| ) | |
| **Plaintiff.** ) | |
| ) | |
| v. ) | Civil Action No. 05-1187 (RMU) |
| ) | |
| **University of the District of Columbia** ) | |
| **Board of Trustees** *et al*, ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO
ENLARGE THE SCHEDULING ORDER BY AN ADDITIONAL SIXTY DAYS**

Defendant University of the District of Columbia ("UDC"), by and through undersigned counsel, hereby moves this Court to enlarge the scheduling order in the above-captioned litigation by an additional sixty (60) days, for the purpose of taking depositions. In support of this Motion, the UDC states as follows:

1. On June 14, 2005, the plaintiff filed the Complaint in the instant case.

2. On January 12, 2006, this court entered into this docket a Civil Scheduling Order. The scheduling order required that discovery was due on May 12, 2006.

3. Since that time, discovery has progressed at a steady pace. The parties have timely served written discovery requests. UDC has tendered discovery responses to the plaintiff and is awaiting the plaintiff's discovery responses.

4. However, UDC wishes to take the plaintiff's deposition.

5. Undersigned counsel will be out of the office and unavailable from (and including) April 28, 2006 until May 15, 2006.

6. Due to the aforementioned circumstances, UDC moves this Court to expand the current scheduling order by an additional sixty (60) days, for the purpose of taking the plaintiff's deposition. To date, there has been no prior expansion of the scheduling Order.

7. Neither party will be prejudiced by the delay sought herein.

WHEREFORE, for the reasons stated herein, UDC requests that this Court enlarge the scheduling order by an additional sixty (60) days.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Holly M. Johnson /s/*
HOLLY M. JOHNSON [476331]
Section Chief
General Litigation Section III

*/s/ Dana K. DeLorenzo /s/*
Dana K. DeLorenzo [468306]
Assistant Attorney General
441 4th Street, N.W., 6S61
Washington, D.C. 20001
(202) 724-6515
(202) 727-3625 (fax)
Dana.delorenzo@dc.gov

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Valerie Jones,** ) | |
| ) | |
| **Plaintiff.** ) | |
| ) | |
| v. ) | **Civil Action No. 05-1187 (RMU)** |
| ) | |
| **University of the District of Columbia** ) | |
| **Board of Trustees** *et al*, ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

**O R D E R**

Upon consideration of UDC's Motion to Enlarge the Scheduling Order by an Additional Sixty Days, Memorandum of Points and Authorities, any opposition thereto, and the facts and law considered, it is hereby

ORDERED: that Motion to Enlarge the Scheduling Order by an Additional Sixty Days is HEREBY GRANTED; and it is

FUTHER ORDERED that the Civil Scheduling Order is hereby ENLARGED by an additional sixty (60) days, with the following deadlines:

- Discovery closed:                          July 11, 2006

- Dispositive motions due:                   August 25, 2006

- Oppositions to dispositive motions due:    September 24, 2006

- Replies to dispositive motions due:  October 6, 2006

So ORDERED this _____ day of _____, 2006.

_____

Judge Urbina
United States District Court for the District of Columbia