UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Valerie Jones,**        **Plaintiff.** <br><br> v. <br><br> **University of the District of Columbia**      **Board of Trustees** *et al*, <br><br>        **Defendants.** <br> _____ | ) <br> ) <br> ) <br> ) <br> )     **Civil Action No. 05-1187 (RMU)** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**UNIVERSITY OF THE DISTRICT OF COLUMBIA'S CONSENT MOTION FOR A PROTECTIVE ORDER**

Now comes the defendant, the University of the District of Columbia ("UDC"), by and through undersigned counsel, and moves this Honorable Court to enter the attached protective order, which requires that any document or information released to the plaintiff which contains confidential personnel information of third parties, be used for the purposes of this litigation only, that all copies of such documents be returned to UDC after disposition of this matter, that the plaintiff be restrained from disclosing or disseminating the contents of said confidential information as described herein, and that the personal information (other than name) of any non-party witness be redacted from the documents. A Memorandum of Points and Authorities in support of this Motion, along with a proposed Order, are attached hereto.

On May 31, 2006, via email, undersigned counsel obtained the consent of plaintiff's counsel to the relief requested herein.

                                                        Respectfully submitted,

                                                        ROBERT J. SPAGNOLETTI
                                                        Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Holly M. Johnson /s/*
HOLLY M. JOHNSON [476331]
Section Chief
General Litigation Section III

*/s/ Dana K. DeLorenzo /s/*
DANA K. DELORENZO [468306]
Assistant Attorney General
441 4th Street, N.W., 6S61
Washington, D.C. 20001
(202) 724-6515
(202) 727-3625 (fax)
Dana.delorenzo@dc.gov

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Valerie Jones,** )<br>)<br>   **Plaintiff.** )<br>)<br>v. )<br>)<br>**University of the District of Columbia** )<br>   **Board of Trustees** *et al*, )<br>)<br>   **Defendants.** )<br>_____) | Civil Action No. 05-1187 (RMU) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF UNIVERSITY OF THE DISTRICT OF COLUMBIA'S CONSENT MOTION FOR A PROTECTIVE ORDER**

Now comes the University of the District of Columbia ("UDC"), by and through undersigned counsel, and moves this Honorable Court to enter a protective order restricting the use of documents produced by the defendant pursuant to discovery requests. In support of this Motion, the UDC states as follows:

The parties have commenced discovery. The UDC is working to respond to the plaintiff's discovery requests. Some of these requested documents include information about third-party employees of the UDC. Moreover, these documents may contain confidential personnel and personal information of these third parties. Therefore, the District would request that the Court issue the protective order before the documents are produced.

*Argument*

D.C. Code § 1-631.03 (2001) provides that personnel information within the possession or custody of the District (and hence, the UDC) is protected from disclosure absent certain circumstances. The UDC requests that certain restrictions be placed upon the use and

dissemination of any such information obtained herein. Therefore, the UDC requests that the Court issue a Protective Order that:

1) mandates that any documents produced and/or released by the UDC shall be used for this litigation only;

2) requires that the personal information of non-party witnesses, *i.e.,* social security numbers, dates of birth, phone numbers and addresses shall be redacted from the documents to be produced;

3) requires that all copies of the documents produced shall be returned to the UDC's counsel upon the conclusion of all proceedings and/or after any settlement of the case;

4) restrains the parties, counsel, staff, experts and/or agents from showing, disclosing, discussing, or otherwise revealing, in any way, the contents of these records or documents with anyone not listed above; and

5) the protected documents may be available to the Court, but shall not be filed or used in a manner that compromises their confidentiality. All papers filed or presented in Court that embody the protected documents shall be under seal.

Wherefore, the UDC respectfully requests that the Court issue the attached protective order.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Holly M. Johnson /s/*
HOLLY M. JOHNSON [476331]
Section Chief
General Litigation Section III

*/s/ Dana K. DeLorenzo /s/*
DANA K. DELORENZO [468306]
Assistant Attorney General
441 4th Street, N.W., 6S61
Washington, D.C. 20001
(202) 724-6515
(202) 727-3625 (fax)
Dana.delorenzo@dc.gov

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Valerie Jones,** )<br>)<br>      **Plaintiff.** )<br>)<br>v.                                                                  )<br>)<br>**University of the District of Columbia** )<br>      **Board of Trustees** *et al*, )<br>)<br>      **Defendants.** )<br>_____) | Civil Action No. 05-1187 (RMU) |

**ORDER GRANTING UNIVERSITY OF THE DISTRICT OF COLUMBIA'S CONSENT MOTION FOR A PROTECTIVE ORDER**

Upon consideration of the UDC's Consent Motion for a Protective Order and the record herein, it is by the Court this _____ day of _____, 2006,

**ORDERED** that the Motion for a Protective Order is GRANTED.  It is

**FURTHER ORDERED** that the following restrictions shall be placed on the documents released by the defendant pursuant to discovery requests:

1) any documents produced and/or released by the UDC shall be used for this litigation only;

2) the personal information of non-party witnesses, *i.e.,* social security numbers, dates of birth, phone numbers and addresses, shall be redacted from the documents to be produced;

3) all copies of the documents produced by the UDC shall be returned to the UDC's counsel upon the conclusion of all proceedings and/or after any settlement of the case;

4)  the parties, counsel, staff, experts and/or agents are prohibited from showing, disclosing, discussing, or otherwise revealing, in any way, the contents of these records or documents with anyone not listed above; and

5)  the protected documents may be available to the Court, but shall not be filed or used in a manner that compromises their confidentiality.  All papers filed or presented in Court that embody the protected documents shall be under seal.

_____
Judge Urbina