UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

FILED

JUN 1 - 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Valerie Jones, )
)
    Plaintiff. )
)
v. )  Civil Action No. 05-1187 (RMU)
)
University of the District of Columbia )
    Board of Trustees *et al*, )
)
    Defendants. )
_____)

**ORDER GRANTING UNIVERSITY OF THE DISTRICT OF COLUMBIA'S CONSENT
MOTION FOR A PROTECTIVE ORDER**

Upon consideration of the UDC's Consent Motion for a Protective Order and the record herein, it is by the Court this **1st** day of **June**, 2006,

**ORDERED** that the Motion for a Protective Order is GRANTED. It is

**FURTHER ORDERED** that the following restrictions shall be placed on the documents released by the defendant pursuant to discovery requests:

1) any documents produced and/or released by the UDC shall be used for this litigation only;

2) the personal information of non-party witnesses, *i.e.*, social security numbers, dates of birth, phone numbers and addresses, shall be redacted from the documents to be produced;

3) all copies of the documents produced by the UDC shall be returned to the UDC's counsel upon the conclusion of all proceedings and/or after any settlement of the case;

4) the parties, counsel, staff, experts and/or agents are prohibited from showing, disclosing, discussing, or otherwise revealing, in any way, the contents of these records or documents with anyone not listed above; and

5) the protected documents may be available to the Court, but shall not be filed or used in a manner that compromises their confidentiality. All papers filed or presented in Court that embody the protected documents shall be under seal.

_____
Judge Urbina