## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Valerie Jones,** | ) |
| | ) |
|     **Plaintiff.** | ) |
| | ) |
| v. | )     **Civil Action No. 05-1187 (RMU)** |
| | ) |
| **University of the District of Columbia** | ) |
|     **Board of Trustees** *et al*, | ) |
| | ) |
|     **Defendants.** | ) |
| _____) | |

### DEFENDANT UNIVERSITY OF THE DISTRICT OF COLUMBIA'S SECOND MOTION TO ENLARGE THE SCHEDULING ORDER BY AN ADDITIONAL NINETY DAYS WITH PLAINTIFF'S CONSENT

Defendant University of the District of Columbia ("UDC"), by and through undersigned counsel, and with consent of plaintiff's counsel, Susan Kruger, Esq., hereby move this Court to enlarge the scheduling order in the above-captioned litigation by an additional ninety (90) days for the purpose of taking depositions. A Memorandum of Points and Authorities, along with a proposed Order, are attached hereto.

Pursuant to Local Rule 7.1(m), undersigned counsel has obtained consent from the plaintiff via Susan Kruger, Esq., an associate of Alan Lescht, Esq.

                                    Respectfully submitted,

                                    ROBERT J. SPAGNOLETTI
                                    Attorney General for the District of Columbia

                                    GEORGE C. VALENTINE
                                    Deputy Attorney General
                                    Civil Litigation Division

*/s/ Holly M. Johnson /s/*
HOLLY M. JOHNSON [476331]
Section Chief
General Litigation Section III

*/s/ Dana K. DeLorenzo /s/*
Dana K. DeLorenzo [468306]
Assistant Attorney General
441 4th Street, N.W., 6S61
Washington, D.C. 20001
(202) 724-6515
(202) 727-3625 (fax)
Dana.delorenzo@dc.gov

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Valerie Jones,** ) | |
| ) | |
|     **Plaintiff.** ) | |
| ) | |
| **v.** ) | Civil Action No. 05-1187 (RMU) |
| ) | |
| **University of the District of Columbia** ) | |
|     **Board of Trustees** *et al*, ) | |
| ) | |
|     **Defendants.** ) | |
| _____) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF SECOND MOTION TO ENLARGE THE SCHEDULING ORDER BY AN ADDITIONAL NINETY DAYS WITH PLAINTIFF'S CONSENT**

Defendant University of the District of Columbia ("UDC"), by and through undersigned counsel, hereby moves this Court to enlarge the scheduling order in the above-captioned litigation by an additional ninety (90) days, for the purpose of taking depositions. In support of this Motion, the UDC states as follows:

1. On June 14, 2005, the plaintiff filed the Complaint in the instant case.

2. On January 12, 2006, this court entered into this docket a Civil Scheduling Order.

3. Since that time, discovery has progressed at a steady pace. The parties have timely served written discovery requests and responses.

4. UDC previously requested an expansion of the scheduling order, due to the fact that undersigned counsel was out of the office for two weeks. This request was unopposed and was granted by the Court.

5. Due to the press of other business and unavailability of the parties and counsel to appear for depositions within the requested time frame, the parties have not been able to schedule depositions by the July 11, 2006 deadline. Additionally, undersigned counsel will be in trial in United States District Court for the District of Columbia in the case of *Michael McKnight v. Dexter Martin*, starting July 7, 2006 and will be preparing for trial for the week leading up to that date.

6. Due to the aforementioned circumstances, UDC moves this Court to expand the current scheduling order by an additional ninety (90) days, for the purpose of taking the plaintiff's deposition. To date, there has been no prior expansion of the scheduling Order.

7. Both parties consent to the relief requested herein.

WHEREFORE, for the reasons stated herein, UDC requests that this Court enlarge the scheduling order by an additional ninety (90) days.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Holly M. Johnson /s/*
HOLLY M. JOHNSON [476331]
Section Chief
General Litigation Section III

*/s/ Dana K. DeLorenzo /s/*
Dana K. DeLorenzo [468306]
Assistant Attorney General
441 4th Street, N.W., 6S61
Washington, D.C. 20001

(202) 724-6515
(202) 727-3625 (fax)
Dana.delorenzo@dc.gov

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Valerie Jones,**           ) | |
|                              ) | |
|     **Plaintiff.**           ) | |
|                              ) | |
| v.                           ) | **Civil Action No. 05-1187 (RMU)** |
|                              ) | |
| **University of the District of Columbia**   ) | |
|     **Board of Trustees** *et al*,   ) | |
|                              ) | |
|     **Defendants.**          ) | |
| _____) | |

# **O R D E R**

Upon consideration of UDC's Motion to Enlarge the Scheduling Order by an Additional Ninety Days With Plaintiff's Consent, Memorandum of Points and Authorities, and the facts and law considered, it is hereby

ORDERED: that Motion to Enlarge the Scheduling Order by an Additional Ninety Days is HEREBY GRANTED; and it is

FUTHER ORDERED that the Civil Scheduling Order is hereby ENLARGED by an additional ninety (90) days, with the following deadlines:

- Discovery closed:                          October 9, 2006

- Dispositive motions due:                   November 23, 2006

- Oppositions to dispositive motions due:    December 26, 2006

- Replies to dispositive motions due:  January 4, 2007

So ORDERED this \_\_\_\_\_ day of _____, 2006.

_____

Judge Urbina
United States District Court for the District of Columbia

Case 1:05-cv-01187-RMU    Document 13    Filed 06/27/2006    Page 7 of 7