## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Valerie Jones,** | ) | |
| | ) | |
| **Plaintiff.** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 05-1187 (RMU)** |
| | ) | |
| **University of the District of Columbia** | ) | |
| **Board of Trustees *et al*,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

### CONSENT MOTION TO ENLARGE THE SCHEDULING ORDER
### BY AN ADDITIONAL THIRTY DAYS

Plaintiff, Valerie Jones, by counsel and with the consent of counsel for the University of the

District of Columbia, hereby moves this Court to enlarge the scheduling order in the above-

captioned litigation by an additional thirty (30) days for the purpose of taking depositions.  A

Memorandum of Points and Authorities, along with a proposed Order, are attached hereto.

Pursuant to Local Rule 7.1(m), undersigned counsel has obtained consent from the

defendant via Dana DeLorenzo, Esq., Assistant Attorney General.

Respectfully submitted,

Alan Lescht

Susan L. Kruger
Alan Lescht & Associates
1050 17th Street, N.W.
Washington, DC  20036
202-463-6036

## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Valerie Jones,** ) | |
| ) | |
| **Plaintiff.** ) | |
| ) | |
| **v.** ) | **Civil Action No. 05-1187 (RMU)** |
| ) | |
| **University of the District of Columbia** ) | |
| **Board of Trustees** *et al*, ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION TO ENLARGE THE SCHEDULING ORDER BY AN ADDITIONAL THIRTY DAYS

Plaintiff, Valerie Jones, by counsel, hereby moves this Court to enlarge the scheduling order in the above-captioned litigation by an additional thirty (30) days, for the purpose of taking depositions. In support of this Motion, Plaintiff states as follows:

1.  On June 14, 2005, the plaintiff filed the Complaint in the instant case.

2.  By Order dated June 27, 2006, discovery presently closes on October 9, 2006.

3.  The parties have timely served written discovery requests and responses and are in the process of supplementing written discovery responses.

4.  Because of scheduling conflicts, depositions were not able to be scheduled prior to the October 9, 2006 deadline.  Depositions of Defendant's witnesses are tentatively scheduled for October 12, 2006 and the Plaintiff's deposition will be taken on October 17, 2006.

5.  Due to the aforementioned circumstances, Plaintiff moves this Court to expand the current scheduling order by an additional thirty (30) days, for the purpose of taking depositions in this matter.

6. Both parties consent to the relief requested herein.

7. This is the third request for an extension of deadlines. The parties submit that such an extension is necessary, given that the parties are working cooperatively to supplement written discovery responses and accommodate the schedules of the attorneys and witnesses. The parties expect that this will be the last request to expand the discovery deadlines.

WHEREFORE, for the reasons stated herein, UDC requests that this Court enlarge the scheduling order by an additional thirty (30) days.

Respectfully submitted,

_____
Alan Lescht
Susan L. Kruger
Alan Lescht & Associates
1050 17th Street, N.W.
Washington, DC 20036
202-463-6036