UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Valerie Jones,** ) | |
| ) | |
| **Plaintiff.** ) | |
| ) | |
| v. ) | **Civil Action No. 05-1187 (RMU)** |
| ) | |
| **University of the District of Columbia** ) | |
| **Board of Trustees** *et al*, ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

**O R D E R**

Upon consideration of Plaintiff's Consent Motion to Enlarge the Scheduling Order by an Additional Thirty Days, Memorandum of Points and Authorities, and the facts and law considered, it is hereby

ORDERED: that Motion to Enlarge the Scheduling Order by an Additional Thirty Days is HEREBY GRANTED; and it is

FUTHER ORDERED that the Civil Scheduling Order is hereby ENLARGED by an additional thirty (30) days, with the following deadlines:

- Discovery closed:                          November 8, 2006

- Dispositive motions due:                   December 26, 2006

- Oppositions to dispositive motions due:    January 25, 2007

- Replies to dispositive motions due:        February 5, 2007

So ORDERED this \_\_\_\_\_ day of _____, 2006.

_____
Judge Urbina
United States District Court for the District of Columbia