UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Valerie Jones,** )<br>)<br>   **Plaintiff,** )<br>)<br>v. )<br>)<br>**University of the District of Columbia** )<br>   **Board of Trustees,** )<br>)<br>   **Defendants.** )<br>_____) | Civil Action No. 05-1187 (RMU) |

**CONSENT MOTION TO ENLARGE THE DISCOVERY DEADLINES UNTIL DECEMBER 5, 2006 SOLELY FOR THE PURPOSE OF TAKING PLAINTIFF'S DEPOSITION AND TO ENLARGE THE REMAINING DEADLINES IN THE SCHEDULING ORDER BY AN ADDITIONAL THIRTY DAYS**

The University of the District of Columbia ("UDC"), with the consent of the plaintiff, hereby moves this Court to enlarge the discovery deadlines in the above-captioned litigation to December 5, 2006 for the purpose of taking the plaintiff's deposition. The UDC is also requesting that the remaining deadlines in the scheduling order that relate to dispositive motions be continued an additional 30 days to accommodate that extension. A Memorandum of Points and Authorities, along with a proposed Order, are attached hereto.

Pursuant to Local Rule 7.1(m), on October 26, 2006, undersigned counsel has obtained consent from Susan Kruger, Esq., counsel for the plaintiff.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General

Civil Litigation Division

*/s/ Nicole Lynch /s/*
NICOLE LYNCH [471953]
Section Chief
General Litigation Section II

*/s/ Dana K. DeLorenzo /s/*
DANA K. DELORENZO [468306]
Assistant Attorney General
441 4th Street, N.W.
6th Floor South
Washington, D.C. 20001
(202) 724-6515
(202) 727-3625 (fax)
Dana.delorenzo@dc.gov

**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **Valerie Jones,**            ) | |
|                               ) | |
|    **Plaintiff,**   ) | |
|                               ) | |
| v.                            ) | Civil Action No. 05-1187 (RMU) |
|                               ) | |
| **University of the District of Columbia**   ) | |
|    **Board of Trustees** *et al*,   ) | |
|                               ) | |
|    **Defendants.**   ) | |
| _____) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT
MOTION TO ENLARGE THE DISCOVERY DEADLINES UNTIL DECEMBER 5, 2006
SOLELY FOR THE PURPOSE OF TAKING PLAINTIFF'S DEPOSITION AND TO
ENLARGE THE REMAINING DEADLINES IN THE SCHEDULING ORDER BY AN
ADDITIONAL THIRTY DAYS**

The University of the District of Columbia ("UDC"), with the consent of the plaintiff, hereby moves this Court to enlarge the discovery deadlines in the above-captioned litigation to December 5, 2006 for the purpose of taking the plaintiff's deposition. The parties are also requesting that the remaining deadlines in the scheduling order be continued an additional 30 days to accommodate that extension. In support of this Motion, the UDC states as follows:

1. On June 14, 2005, the plaintiff filed the Amended Complaint in the instant case.

2. Discovery presently closes on November 8, 2006.

3. Undersigned counsel submitted Interrogatories and Requests for production of documents to the plaintiff on March 13, 2006. Releases for the plaintiff's medical and/or mental health records and tax documentation were also included in these requests. The plaintiff's written responses to the

request for medical documentation and tax documentation indicated that such documents would be supplied.

4. Although the plaintiff provided some of the requested documentation in her initial responses, many medical records and all tax documents were lacking. Accordingly, undersigned counsel sought to obtain signed releases from the plaintiff, so that undersigned counsel could directly obtain the requested documentation.

5. At the October 12, 2006, deposition of the UDC witnesses, undersigned counsel provided plaintiff with three blank releases for her to sign, so that undersigned counsel could obtain the requested medical documentation.[1] Also on this date, the plaintiff provided undersigned counsel with supplemental answers to interrogatories.

6. On October 24, 2006, the plaintiff faxed two of the three releases to undersigned counsel. On October 25, 2006, the plaintiff faxed to undersigned counsel the remaining release. Representations have been made to undersigned counsel that the plaintiff also requested copies of her tax transcripts and expects to receive those documents shortly.

7. Undersigned counsel does not expect to obtain all of the requested documentation by the originally-scheduled November 2, 2006, deposition date or the November 8, 2006 discovery deadline. Moreover, undersigned counsel cannot take the deposition of the plaintiff without these documents, as they are essential to evaluating her claim of damages for "lost pay, front pay, lost benefits, emotional distress, mental anguish, pain and suffering, and inconvenience." (Amended Complaint at ¶ 18.)

8. Although this is not the first time the parties have sought an enlargement of the discovery deadlines, due to the difficulty in obtaining the requested documentation from the plaintiff (including the signed releases), the UDC submits that the relief sought herein is appropriate.

9. The parties agreed to set aside the following dates for the plaintiff's deposition: December 4 and 5, 2006. The parties also request that the remaining deadlines be continued approximately 30 days to accommodate this requested extension.

10. Both parties consent to the relief requested herein.

WHEREFORE, for the reasons stated herein, UDC requests that this Court enlarge the discovery deadlines to December 5, 2006 and the remaining deadlines to be enlarged by thirty (30) days to accommodate this change.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Nicole Lynch /s/*
NICOLE LYNCH [471953]
Section Chief
General Litigation Section II

*/s/ Dana K. DeLorenzo /s/*
DANA K. DELORENZO [468306]
Assistant Attorney General
441 4th Street, N.W.
6th Floor South

---

[1] The plaintiff's deposition was originally scheduled for October 17, 2006, but was continued to November 2, 2006, so that the plaintiff could provide undersigned counsel with the signed releases for medical and mental health records and so that the plaintiff could obtain requested tax documents.

Washington, D.C. 20001
(202) 724-6515
(202) 727-3625 (fax)
Dana.delorenzo@dc.gov

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Valerie Jones,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 05-1187 (RMU) |
| ) | |
| **University of the District of Columbia** ) | |
| **Board of Trustees** *et al*, ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

**ORDER GRANTING CONSENT MOTION TO ENLARGE THE DISCOVERY DEADLINES UNTIL DECEMBER 5, 2006 SOLELY FOR THE PURPOSE OF TAKING PLAINTIFF'S DEPOSITION AND TO ENLARGE THE REMAINING DEADLINES IN THE SCHEDULING ORDER BY AN ADDITIONAL THIRTY DAYS**

Upon consideration of the Consent Motion to Enlarge the Discovery Deadlines Until December 5, 2006 Solely for the Purpose of Taking Plaintiff's Deposition and to Enlarge the Remaining Deadlines in the Scheduling Order by an Additional Thirty Days, Memorandum of Points and Authorities, and the facts and law considered, it is hereby

ORDERED: that Motion is HEREBY GRANTED; and it is

FUTHER ORDERED that the discovery deadline is extended until December 5, 2006 solely for the purpose of taking plaintiff's deposition; and it is

FURTHER ORDERED that the remaining dates in the Civil Scheduling Order are hereby ENLARGED by an additional thirty (30) days, with the following deadlines:

- Dispositive motions due:              January 25, 2007

- Oppositions to dispositive motions due:   February 26, 2007

- Replies to dispositive motions due:  March 6, 2007

So ORDERED this _____ day of _____, 2006.

_____
Judge Urbina
United States District Court for the District of Columbia

Case 1:05-cv-01187-RMU     Document 15     Filed 10/31/2006     Page 8 of 8