UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Valerie Jones, )<br>)<br>    Plaintiff. )<br>)<br>v. )<br>)<br>University of the District of Columbia )<br>    Board of Trustees *et al*, )<br>)<br>    Defendants. )<br>_____ ) | Civil Action No. 05-1187 (RMU) |

**NOTICE OF APPEARANCE**

Please enter the appearance of Susan L. Kruger, Esq. as counsel in this case for the Plaintiff, Valerie Jones.

<u>Bar No. 414566</u>_____
Susan L. Kruger
Alan Lescht & Associates, P.C.
1050 17th St., N.W. Suite 220
Washington, D.C. 20036
(202) 463-6036