UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Valerie Jones,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 05-1187 (RMU) |
| ) | |
| **University of the District of Columbia** ) | |
| **Board of Trustees,** ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

**DEFENDANT'S MOTION FOR AN ADDITIONAL THIRTY DAYS TO FILE A DISPOSITIVE MOTION AND TO ENLARGE THE REMAINING DEADLINES IN THE SCHEDULING ORDER BY AN ADDITIONAL THIRTY DAYS**

The University of the District of Columbia ("UDC"), by and through undersigned counsel, hereby moves this Court to allow it an additional thirty days to file a dispositive motion. The UDC is also requesting that the remaining deadlines in the scheduling order that relate to dispositive motions be continued an additional thirty days to accommodate that extension. A Memorandum of Points and Authorities, along with a proposed Order, are attached hereto.

Pursuant to Local Rule 7.1(m), undersigned counsel sought the consent of Susan Kruger, Esq., counsel for the plaintiff, via email. On January 17, 2007, Ms. Kruger indicated that she consented to a 14-day extension, but not the full 30 day-extension herein requested.

                                              Respectfully submitted,

                                              LINDA SINGER
                                              Acting Attorney General for the District of Columbia

                                              GEORGE C. VALENTINE
                                              Deputy Attorney General
                                              Civil Litigation Division

        _____/s/_____
PHILLIP A. LATTIMORE, III [422968]
Section Chief
General Litigation Section III


        _____/s/_____
DANA K. DELORENZO
Assistant Attorney General
Bar Number 468306
Sixth Floor South
441 4th Street, N.W.
Washington, D.C. 20001
(202) 724-6515
(202) 727-3625 (fax)
E-Mail: dana.delorenzo@dc.gov

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Valerie Jones,** | ) | |
| | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 05-1187 (RMU)** |
| | ) | |
| **University of the District of Columbia** | ) | |
|     **Board of Trustees** *et al*, | ) | |
| | ) | |
|     **Defendants.** | ) | |
| _____ | ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION FOR AN ADDITIONAL THIRTY DAYS TO FILE A DISPOSITIVE MOTION AND TO ENLARGE THE REMAINING DEADLINES IN THE SCHEDULING ORDER BY AN ADDITIONAL THIRTY DAYS**

    The University of the District of Columbia ("UDC"), by and through counsel, hereby moves this Court to allow it an additional thirty days to file a dispositive motion. The UDC is also requesting that the remaining deadlines in the scheduling order be continued an additional thirty days to accommodate that extension. In support of this Motion, the UDC states as follows:

1. On June 14, 2005, the plaintiff filed the Amended Complaint in the instant case.

2. Per prior Order, discovery closed on December 5, 2006 and dispositive motions are due by January 25, 2007.

3. The UDC plans to file a motion for summary judgment. However, due to the holidays and the press of business, undersigned counsel will not be able to make the January 25, 2007 deadline.

4. The UDC submits a brief, thirty day extension of time would be sufficient to file such a motion.

5. Although this is not the first time the parties have sought an enlargement of the deadlines in this case, the parties had previously been working cooperatively to submit discovery responses. In fact, with

the assistance of plaintiff's counsel, undersigned counsel is still working to obtain documentation that Ms. Jones referred to during her December 4, 2006 deposition but may have not yet provided.

6. The UDC submits that the plaintiff will not be prejudiced by such a brief delay.

WHEREFORE, for the reasons stated herein, UDC requests that this Court allow it an additional thirty days to file a dispositive motion and would also ask the Court to enlarge the remaining deadlines by thirty days to accommodate this proposed extension.

        Respectfully submitted,

        LINDA SINGER
        Acting Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        _____/s/_____
        PHILLIP A. LATTIMORE, III [422968]
        Section Chief
        General Litigation Section III

        _____/s/_____
        DANA K. DELORENZO
        Assistant Attorney General
        Bar Number 468306
        Sixth Floor South
        441 4th Street, N.W.
        Washington, D.C. 20001
        (202) 724-6515
        (202) 727-3625 (fax)
        E-Mail: dana.delorenzo@dc.gov

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Valerie Jones,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Civil Action No. 05-1187 (RMU)** |
| ) | |
| **University of the District of Columbia** ) | |
| **Board of Trustees** *et al*, ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

**ORDER GRANTING DEFENDANT'S MOTION FOR AN ADDITIONAL THIRTY DAYS TO FILE A DISPOSITIVE MOTION AND TO ENLARGE THE REMAINING DEADLINES IN THE SCHEDULING ORDER BY AN ADDITIONAL THIRTY DAYS**

Upon consideration of the Defendant's Motion For an Additional Thirty days to File a Dispositive Motion and To Enlarge the Remaining Deadlines in the Scheduling Order by an Additional Thirty days, Memorandum of Points and Authorities, and the facts and law considered, it is this _____ day of _____, 2007:

ORDERED: that Motion is GRANTED; and it is

FUTHER ORDERED that the dispositive motions deadline will be February 26, 2007; and it is

FURTHER ORDERED that the remaining dates in the Civil Scheduling Order are hereby ENLARGED by an additional thirty days, with the following deadlines:

- Oppositions to dispositive motions due:     March 28, 2007

- Replies to dispositive motions due:     April 5, 2007

_____
The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia