# EXHIBIT A

ORIGINAL

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA


--------------------------------x

VALERIE JONES,                    :

                                  :

        Plaintiff,                :

                                  :

                                  :

        v.                        : No. 05-1187 (RMY)

                                  :

UNIVERSITY OF THE DISTRICT        :

OF COLUMBIA BOARD OF TRUSTEES,    :

                                  :

        Defendant.                :

--------------------------------x


                            Washington, D.C.

                      Monday, December 4, 2006

Deposition of

                    VALERIE JONES

Plaintiff, called for examination by counsel for

Defendant pursuant to notice and agreement of

counsel, beginning at approximately 10:19 a.m. at

the Office of the Attorney General for the District

of Columbia, 441 Fourth Street, NW, Washington,

D.C., before Lidtz Jean-Philippe of Beta Court

Reporting, notary public in and for the District of

Columbia, when were present on behalf of the

respective parties:

2

```
1    APPEARANCES:

2       On behalf of Plaintiff:

3          SUSAN L. KRUGER, ESQUIRE

           Alan Lescht & Associates, PC

4          1050 17th Street, NW, Suite 220

           Washington, D.C.  20036

5          (202) 463-6036

6       On behalf of Defendant:

7          DANA DeLORENZO, ESQUIRE

           JAMES VRICOS, ESQUIRE

8          Office of the Attorney General

           441 4th Street, NW, 6th Floor South

9          Washington, D.C.  20001

           (202) 724-6515

10

11                    *   *   *   *   *

12

13

14

15

16

17

18

19

20

21

22
```

1    Q    Did you attend any college?

2    A    Yes.

3    Q    Where did you go to college?

4    A    University of District of Columbia.

5    Q    Did you get your degree from UDC?

6    A    No.

7    Q    How many years did you complete at

8    UDC?

9    A    A year or less.

10    Q    My next couple of questions -- I

11    want you to know that I ask everyone I take a

12    deposition of, so I don't want you to be

13    offended by it.

14         Have you been arrested?

15    A    No.

16    Q    Have you ever been convicted of a

17    felony or a misdemeanor?

18    A    No.

19    Q    When did you start working at the

20    University of the District of Columbia?

21    A    May 16th, 1988.

22    Q    What was your title when you

12

1    started working?

2        A    Police officer.

3        Q    Prior to your working at UDC, where

4    did you work?

5        A    Executive Security.

6        Q    What was your title there?

7        A    Special police officer.

8        Q    How long did you work for Executive

9    Security?

10       A    Three years or more.

11       Q    So when you started at UDC May 16,

12   1988, what were some of your duties as a

13   police officer?

14       A    My duties were to patrol the

15   campus, check buildings that I was assigned

16   to check, patrol each level of the building

17   that I was assigned to, I -- the interior and

18   the exterior patrolled them, I did traffic

19   detailing, directing traffic in and out of

20   the garage at the university.  I issued

21   traffic violations as needed; I responded to

22   incident reports.  I did incident reports

1    when they occurred; I worked communications

2    occasionally.  I dealt with receiving

3    equipment and issuing out equipment at

4    communications.  I worked special events at

5    the university, such as dance functions,

6    registration, et cetera.

7        Q    Let me talk to you a little bit

8    about the physical plant of UDC.  Is it just

9    one building or is it more than one?

10       A    It's more than one building.

11       Q    Do you know how buildings there are

12   at UDC?

13       A    I'm going to take a

14   guess -- probably 10.

15       Q    Are they all in the same location

16   or are some spread out?

17       A    Some of them are spread out, some

18   are close together.

19       Q    The ones that are spread out, are

20   they a couple of blocks away or are they on a

21   completely different location?

22       A    Well, it's one building that's

ling, you meant patrolling by foot?

By foot, by vehicle.

Q    I think you talked about -- part of

duties were traffic detail?

A    Yes.

Q    So would that mean that you would

have to patrol the perimeter of the campus as

well to issue the traffic tickets?

A    Yes.

10    Q    Would that be on foot?

11    A    Yes, or sometimes the golf cart

12  drive to that central location where the

13  vehicles were parked, sometime up on -- what

14  we call the breezeway up the campus, sometime

15  down in the garage area.

16    Q    And you also said that you were at

17  special events like dances?

18    A    Yeah.  Sometimes they would have

19  dance functions.

20    Q    And registration?

21    A    Registration.

22    Q    And you were there in your capacity

1    as a police officer?

2        A    Yes.

3        Q    So what specifically would you be

4    doing at these types of events in your

5    capacity as a police officer?

6        A    Just patrolling the area where the

7    function was being held.

8        Q    Aren't also some of the duties of a

9    police officer that you're responsible for

10   public safety?

11       A    Yes.

12       Q    And that it's the duty of police

13   officers generally to provide protection

14   services to staff, students, and people

15   attending the university?

16       A    Yes.

17       Q    Is it also part of your job

18   responsibilities to apprehend people who may

19   have committed crimes on the campus?

20       A    Yes.

21       Q    Is it also part of your

22   responsibility to arrest people who may have

19

1    committed crimes on the campus?

2        A    Yes.

3        Q    Did you carry a firearm while you

4    were at UDC, as part of your job?

5        A    At one point, I did.

6        Q    Do you remember the time frame that

7    you were carrying a firearm?

8        A    From '88 up until December 17,

9    1999.

10       Q    What kind of training did you have

11   to go through -- if any -- to carry a

12   firearm?

13       A    Well, I went through the police

14   academy, and then to qualify for the firearm,

15   we had to -- I had to go to a class.  And

16   they would test you after -- they, you know,

17   would give us information, and then they

18   would test you and then you would go to the

19   range.  And that was on a yearly basis.

20   Sometimes two years -- it all depends on the

21   training that you had.

22       Q    Are you left-handed or

1     A    Occasionally I would do the stairs,

2  or sometimes the elevator.

3     Q    Would you also respond to any

4  emergencies that would arise?

5     A    Yes.

6     Q    Was it the expectation that -- if

7  there was an emergency, that you would be

8  able to respond promptly to a call?

9     A    Yes, and other officers would

10  assist me.

11     Q    Could you tell me what happened on

12  December 17, 1999 that would be the basis for

13  your saying that was when you were last

14  authorized to carry a firearm?

15     A    Well, I was assaulted while on duty

16  at the University of District of Columbia.

17     Q    Could you describe what happened?

18     A    Well, I was on duty, and I had a

19  family emergency on that particular day.  A

20  communications officer called me by

21  walkie-talkie and asked me to report to the

22  base, the communications office.  And I went

27

1    it's okay.  Okay?

2            THE WITNESS:  I'm sorry.

3            BY MS. DeLORENZO:

4    Q    How long were you in the hospital

5    after that incident?

6    A    They kept me overnight.

7    Q    What injuries did you have as a

8    result of that?

9    A    My mouth and my jaw were swollen.

10   My whole face was swollen.  My eye -- one of

11   my eyes, I don't remember which one -- but

12   the whole face and my lips were swollen.  And

13   my right shoulder -- I couldn't move it.  And

14   my back.  The whole back area, lower back,

15   and I believe my ankle -- I don't remember

16   which one, it may be the left.

17   Q    Thank you.  Here you go.  Did the

18   university take any action against Mr. Jones

19   as a result of that incident?

20   A    I really don't know.

21   Q    Did you take any action as a result

22   of that incident?

1    Do you know Robert Robinson?

2       A    No.  Not personally.  I know the

3    name, I've spoke to him.  I've seen him.

4       Q    But you have no prior interactions

5    with Mr. Robinson?

6       A    I just spoke to him by telephone

7    and I've seen him.

8       Q    And when did you see him?

9       A    I saw him -- I believe it was

10   October of this year up at the University of

11   the District of Columbia.

12      Q    For the depositions that were in

13   this case.

14      A    For the deposition, yes.

15      Q    I think it was October 12.  Have

16   you ever been romantically involved with

17   another employee at UDC?

18      A    No.

19      Q    Have you ever been romantically

20   involved with a supervisor at UDC?

21      A    No.

22      Q    Why is it that you stopped carrying

39

1    a firearm after December 17, 1999?

2        A    Because from the assault that took

3    place in '99, I had a rotator cuff tear to

4    the right shoulder, and the range instructor

5    during that time period informed me that he

6    could not allow me to come on the range while

7    I was in that condition.  He said I would

8    have to be at full capacity and I couldn't be

9    on any type, you know, on medication or

10   anything.

11       Q    Were you on medication after the

12   December 17, 1999 incident?

13       A    Yes.

14       Q    What medications were you on?

15       A    I was on pain -- different types of

16   pain medication.  Pain patches.

17       Q    Like, I know there's, like,

18   Lidoderm patches?

19       A    Lidoderm --

20       Q    Lidoderm.  What's that for?

21       A    For pain.  It's for pain, spasms.

22       Q    Where do you attach it?

1    they didn't come with the subpoena and the

2    release, even though it was back to 1999,

3    they didn't give me anything about that and I

4    don't have anything back that far.

5              MS. KRUGER:  Okay, all right.

6              THE WITNESS:  I have it.

7              MS. KRUGER:  Okay.

8              MS. DeLORENZO:  Okay, thanks.  And

9    then we'll also know who the doctor is, too.

10   That would be great, thank you.

11             THE WITNESS:  Okay.

12             BY MS. DeLORENZO:

13        Q    Were you detailed to communications

14   back in October 2000?

15        A    Yes.

16        Q    Does that mean you did no

17   patrolling then?

18        A    I worked communications only during

19   that time period.

20        Q    How long did your detail to

21   communications last?

22        A    It was some months.  I don't know

46

1    the exact amount of months.

2        Q    Did there come a point where you

3    were no longer working at communications?

4        A    Yes.

5        Q    And approximately when was that?

6        A    Well, actually, it became a point

7    where I worked communications on some days

8    and then on some days I did patrolling in a

9    light-duty status, though.  I was still under

10   light duty.

11       Q    What does that mean?

12       A    That I could do limited patrolling,

13   limited walking, so some days, I would patrol

14   for a few hours and then at some point the

15   supervisor would let me come back to

16   communications, and I would work

17   communications with the other communications

18   officer.

19       Q    At that time, how many

20   communications officers were there?

21       A    Well, at one point, it was myself,

22   Off. Virgil Royal, and then, at one time,

58

1    before?

2        A    Yes.

3        Q    Did you receive a copy of this

4    document?

5        A    Yes.

6        Q    Do you recall when you received a

7    copy of this document?

8        A    Possibly.

9        Q    Possibly when did you receive a

10   copy of this?

11       A    After I was hired at the

12   university.  At some point, I received it.

13           MS. DeLORENZO:  Okay.  I guess we

14   should just mark the whole thing as an

15   exhibit.  Maybe we can mark that as

16   Exhibit 2?

17           MS. KRUGER:  Mark it as Exhibit 3

18   and then she won't have to go back.

19           MS. DeLORENZO:  If we can mark that

20   as 3.

21               (Deposition Exhibit No. 3 was

22               marked for identification.)

1           MS. DeLORENZO:  And once again

2      directing your attention to the page that

3      paragraphs 7.9 and 7.10 are on, which is for

4      the record marked as Jones Exhibit 2.

5           MS. KRUGER:  That's page 10 of

6      Jones Exhibit 3.

7           MS. DeLORENZO:  Thank you.

8           BY MS. DeLORENZO:

9      Q    Ms. Jones, directing your attention

10     to paragraphs 7.9 and 7.10, have you had an

11     opportunity to read those paragraphs?

12     A    Yes.

13     Q    Don't both of those paragraphs

14     require you to submit medical documentation

15     to the university when you're requesting an

16     accommodation based on your health?

17     A    That's what the documentation is

18     saying.

19     Q    Thank you very much.  We were

20     talking about your returning to work in

21     October 2000, and you said that when you came

22     back, you had limited patrolling and limited

69

1      Q      Then what happened?

2      A      I proceeded to go to the meeting

3   that was located on the third floor.  I got

4   on the elevator.  Lt. Adams got on the

5   elevator and several other officers got on

6   the elevator, and after I got on the elevator

7   I happened to look up and Off. Wayne Jones,

8   the person that assaulted me, was standing in

9   front of me as the elevator doors were

10  closing.

11     Q      Is this the same Mr. Jones that you

12  had the restraining order against?

13     A      Yes.

14     Q      Do you know if the restraining

15  order was still in place at the time?

16     A      As far as to my knowledge, it was.

17  I did not see an expiration date on the

18  restraining order.

19     Q      And then what happened?

20     A      I began to have difficulty

21  breathing, and I remember my heart was, like,

22  pounding, beating very fast and I felt real

70

1    frightened.  All I could see was just the

2    image of Wayne Jones in front of me -- it

3    just became very big and all.  And I became

4    frightened.

5        Q    Was that the first time you had

6    seen Mr. Jones since you came back in October

7    2000?

8        A    As far as I can remember, probably.

9        Q    Do you know if in April 2001, was

10   he still employed as a security officer?

11       A    Yes.

12       Q    So for that whole six months, you

13   hadn't seen him.

14       A    He was on a different shift from

15   me --

16       Q    Okay, okay.

17       A    But we all were detailed to come to

18   that meeting all at the same time.

19       Q    I see.

20       A    He was put on another shift after

21   the assault against me.  They put him on a

22   different shift.

1      Q    I'm sorry, but if anything else

2  happened?

3      A    So I just remember feeling very

4  frightened and was having just a lot of

5  difficulty breathing.  I felt like I was

6  about to pass out.

7      Q    And why was that?

8      A    I felt very afraid and I just

9  was -- felt sweaty, real panicky, anxious,

10  and I remember someone -- I don't know, I

11  think someone grabbed hold of me.  I believe

12  they took me off of the elevator and I

13  remember being on the floor at some point.

14  And I fell against a hard object or something

15  and it hit my back, and after that I remember

16  being taken to the hospital by ambulance.  I

17  believe they took me -- either GW or

18  Georgetown -- I don't remember the exact

19  hospital.

20      Q    What happened when you were at the

21  hospital?

22      A    Well, they had put me on one of

72

1    those board things or something, I guess for

2    the back or something.

3        Q    You mean to transport you?

4        A    Yeah.  And after I got to the

5    hospital, I guess they examined me.  I think

6    they did a -- I don't know if it was an MRI

7    or something -- some kind of test.  I vaguely

8    remember them putting me in some type of

9    machine or something like that.  And I

10   remember my shoulder was hurting and my back.

11       Q    Is that what they did the test for,

12   your shoulder and back?

13       A    As far as I know, because I was

14   told later that I had, like, passed out, and

15   when I passed out, I had fell on a cement

16   object or something that was in the area

17   where we were going to the meeting at, near

18   the door.

19       Q    So you didn't pass out in the

20   elevator?

21       A    I don't know.  I don't know.

22       Q    How long were you in the hospital?

73

1      A      I believe they released me -- I'm

2    trying to remember what time of day it was.

3    I think it was during -- it had to be during

4    the day, so they probably released me that

5    night or wee hours.  I don't know.  It was

6    wee hours, I'm thinking it was wee hours.

7      Q      Do you remember approximately what

8    time the meeting was scheduled for?

9      A      I don't remember the time but it

10    had to be during the day.

11      Q      And when you say "during the day,"

12    do you know if that was morning or afternoon?

13      A      I'm not sure.

14      Q      After you were released, did you

15    have any injuries as the result of your fall?

16      A      Yes, my back and shoulder was hurt.

17      Q      Did you seek treatment from any

18    doctors?

19      A      Yes.

20      Q      Do you remember the names of the

21    doctors that you sought treatment for after

22    the April '01 fall?

74

1       A    I'm not sure.

2       Q    Do you remember where you would've

3    gone to get treatment, what location you

4    would've gone to see doctors?

5       A    I probably -- I'm trying to

6    remember.  I think workman's comp might have

7    referred me to a doctor.

8       Q    Did you go back on workers' comp

9    after that incident?  After April '01?

10      A    I don't remember.

11      Q    Between April '01 and November '02,

12   do you remember a time that you would have

13   come back to work?

14      A    Yes, I believe.  Maybe.  Possibly.

15      Q    To the best of your recollection is

16   fine.

17      A    Probably a few months later.  I'm

18   not sure.

19      Q    So maybe the summer of 2001, you

20   came back?

21      A    Maybe.

22      Q    Do you know if at that time, in the

1      Q      Okay, but you --

2      A      To defuse whatever situation was

3  going on, but my first response would be to

4  immediately contact communications.

5      Q      Okay.

6      A      That's my first response.

7      Q      So are you saying that you would

8  not get physical with a possible suspect?

9      A      No.

10      Q      That's not what you're saying?

11      A      I would not tackle a suspect, no.

12      Q      Would you put your hands on that

13  person to try and restrain them?

14      A      Yes, yes.

15      Q      Would you cuff them if the

16  situation called for it?

17      A      Yes.

18      Q      If necessary, would you run after

19  someone if they were fleeing?

20      A      I would attempt to, but as far as

21  me running, I'm not going to get too far.

22  And I haven't been in that situation during

83

1    usually assigned to tasks as a team or were

2    you assigned as an individual?

3         A    As a team.

4         Q    Who would be assigned with you,

5    generally?

6         A    Off. Betty Hodges.

7         Q    So you would patrol together with

8    Off. Hodges?

9         A    Yes.

10        Q    Do traffic detail with Off. Hodges?

11        A    Yes.   Sometime by foot, sometime by

12    golf cart.

13        Q    So if there were things that

14    required over-reaching, Ms. Hodges would do

15    it?

16        A    Well, I didn't over-reach with the

17    right hand.   My focus with the left hand.

18    I'm left-handed --

19        Q    So you would do it with the left

20    hand?

21        A    I'm left-handed anyway.

22        Q    You said that you had often

98

1    was?

2       A    It was a male.  I don't remember

3    his name.

4       Q    Okay.

5       A    And we took the elevator up to a

6    certain point, and then we had to get off of

7    the elevator and walk up some stairs to get

8    up to the rooftop.

9       Q    About how many stairs was it?

10      A    I don't remember.

11      Q    More than 10?

12      A    I don't remember.  And once I got

13   to the rooftop area, we all got to the top of

14   the stairs there was a door that led out to

15   the rooftop area.  And I proceeded to go out

16   of the door, open the door, and it was a

17   concrete barrier that one would have to step

18   down onto to get out onto the rooftop area.

19   It's like a concrete barrier -- some people

20   might say "a step," but I called it a

21   concrete barrier because it was concrete.

22      Q    Okay.

99

```
1       A     Shaped like a barrier.  And I

2    proceeded to step down and my foot never

3    touched the concrete barrier and I proceeded

4    to fall, and I tried to catch the

5    fall -- break the fall by grabbing hold of

6    the door that was on my right, with my right

7    hand, and I continued to fall.  And I fell

8    facedown.  Forward.

9       Q     So it was right when you came

10   outside.  Is that when it happened?

11      A     When what happened?

12      Q     When you fell.

13      A     Right when I came right outside?

14   What are you talking about?

15      Q     What happened right before you

16   fell?

17      A     I went out of the door that led to

18   the rooftop area --

19      Q     So --

20      A     Can I --

21      Q     Sorry.

22      A     I went out of the door that led to
```

1     Q     What injuries did you have that

2   made you want to go see Dr. Omohundro?

3     A     My back and my shoulder and my

4   knees and elbows, and my right hip.

5     Q     Where on your back were you -- what

6   were you feeling?

7     A     Where?

8     Q     Yes.

9     A     The lumbar, the cervical, and the

10   thoratic (?), and my right shoulder, and both

11   knees and both elbows.

12     Q     I'm just going to have to back you

13   up because I'm not a doctor and so I'm not

14   familiar with the terms; "the lumbar," the --

15     A     Oh, okay.

16     Q     So I just need you to tell me,

17   like, what areas on your back --

18     A     From the neck on down.

19     Q     From the neck on down.

20     A     To the lower back.  Just above my

21   spine -- my posterior, the lower -- all the

22   way down.

108

1    first -- pain medications, pain patches,

2    cortisone injections in the right shoulder,

3    in the right hip, in both knees.  I believe

4    the left and right at some point -- I

5    received some type of injection -- and I

6    remember cortisone injections in the

7    shoulder -- the right shoulder.  And I

8    believe ice packs and heat.

9        Q    Did all of these treatments do

10   anything to -- at least over the next month

11   or two after the fall -- did they do anything

12   to alleviate the pain that you were feeling?

13       A    The pain never went away.

14       Q    In the months after?  Did he

15   recommend that you do physical therapy of any

16   kind?

17       A    Yes.

18       Q    Do you remember how often he had

19   recommended that you go to physical therapy?

20       A    Maybe two, three times a week.  I'm

21   not sure.

22       Q    Did you attend physical therapy?

1      A    Yes.

2      Q    About how long did you attend

3  physical therapy?

4      A    Maybe a few months.

5      Q    Would you get physical therapy from

6  Dr. Omohundro or did he refer you to someone

7  else?

8      A    He referred me to a physical

9  therapist that was in the same office but in

10  a different area of his office.

11      Q    So someone at Capital Sports

12  Medicine, but in a different section.

13      A    Office -- section.

14      Q    Office.

15      A    Section, you could say section.

16      Q    Since December '99 up until the

17  November 14, '02 incident, had any of your

18  doctors recommended physical therapy to you?

19      A    Since December --

20      Q    Of '99.  Since the assault by

21  Mr. Jones, way back in December of '99 until

22  your fall from the concrete barrier.  Had any

118

1       A     Yes.

2       Q     Around that time, in February or

3   March of 2003, did you have occasion to talk

4   to Yvonne Chandler about returning to work?

5       A     Not in February.  No, I was

6   preparing for surgery in February of 2003.  I

7   did not speak to Ms. Chandler until July of

8   2003.

9       Q     Turning to Jones Exhibit 4 again,

10  it's a CC at the bottom to Lt. Medley and

11  Hattie Rogers.

12      A     Okay.

13      Q     Who's Hattie Rogers?

14      A     That's one of the benefits persons.

15      Q     So you said before that Yvonne

16  Chandler was a benefits person, too.  Do they

17  work in the same office?

18      A     You know what, Ms. Chandler is the

19  benefits person, and I think Ms. Rogers -- I

20  know she deals with some of this stuff with

21  the police department.

22      Q     Ms. Rogers does?

119

1      A     Yeah, I don't know what her exact

2  title is.

3      Q     But Ms. Chandler and Ms. Rogers are

4  both benefits people?

5      A     I have no idea.  I know

6  Ms. Chandler is a benefits person.  I don't

7  know Ms. Rogers's title.

8      Q     So it's your testimony that you

9  never spoke to Ms. Chandler before July 2003

10  about returning to work?

11      A     I don't remember speaking to

12  Ms. Chandler.

13      Q     So you may have spoken to her?

14      A     Not before July of 2003.  Not

15  before.

16      Q     So it's your testimony that you did

17  not speak to Ms. Chandler before July of

18  2003?

19      A     Not to my recollection.

20      Q     Did you speak to Ms. Rogers about

21  returning to work before July 2003?

22      A     I don't remember.

121

1    Q    Could you tell me what the date is

2    on that document?

3    A    December 17th, 2003.

4    Q    Does that EEOC complaint state a

5    time frame between July 5, 2003 to

6    October 27, 2003?

7    A    Say that again.

8    Q    Does that EEOC complaint have a

9    time frame of July 5, 2003 to October 27,

10   2003?

11   A    Yes.

12   Q    Is that the time frame for your

13   claims of discrimination in this case?

14   A    From July?

15   Q    5th, 2003.

16   A    Yes.

17   Q    But that's your time frame for your

18   discrimination complaint?

19   A    From July up until now.

20   Q    So past October 27, 2003?

21   A    Uh-huh.

22   Q    Have you amended your EEOC

122

1    complaint?

2        A    No.

3        Q    So the starting point that is the

4    basis of this lawsuit is July 5; is that

5    correct?

6        A    Yes.

7        Q    So there's nothing before July 5th

8    that you're seeking relief from in this case?

9        A    Not to my recollection.

10       Q    Thank you.  You had testified that

11   Dr. Omohundro said that you could come back

12   to work in July 2003; is that correct?

13       A    Yes, yes.

14       Q    What, if anything, did you do to

15   notify the university?

16       A    I contacted Lt. Phillip Morton.

17       Q    Was he your supervisor at the time?

18       A    Yes, he was in charge of the shift.

19   He was in charge of operations.

20       Q    So does that mean he was your

21   supervisor or he was one step --

22       A    He was over the whole department

124

1      A      Maybe -- maybe the 2nd or 3rd of

2    July.

3      Q      Okay.

4      A      The 5th.  Somewhere from the 1st to

5    the 5th of July.

6      Q      Did you speak to Mr. Morton?

7      A      Yes, I did.  Actually, I

8    telephoned -- I called communications base,

9    the (202) 274-5050 number.  That's the main

10   number for the department.  And I believe I

11   spoke to Lt. Adams first, and informed him

12   that I was released from my doctor to come

13   back to work in a light duty status, and that

14   I had my -- you know, documents from my

15   doctor.  And Lt. Adams gave Lt. Morton the

16   telephone, I believe.

17     Q      And then what happened?

18     A      I informed Lt. Morton that my

19   orthopedic doctor had released me to return

20   to work in a light duty status, and I

21   informed Lt. Morton that I needed some new

22   uniforms so that I could return to work.

125

1      Q     What did Lt. Morton, if

2  anything -- what did he say?

3      A     Lt. Morton told me that I needed to

4  contact Mr. Robert Robinson because -- excuse

5  me -- a letter had came out in reference to

6  no more light duty being available for the

7  department.

8      Q     Did he explain what he meant that a

9  notice came out?

10      A     No, he did not.  He -- the only

11  thing he said -- that a letter had came out

12  to the department in reference to there being

13  no light duty.  And I informed Lt. Morton

14  that I had not received a letter since I had

15  been out, and he told me that I needed to

16  talk to Mr. Robinson.

17      Q     Did you know who Mr. Robinson was

18  at the time?

19      A     Well, I had been told that he was

20  the VP of the department.

21          MS. KRUGER:  You can have that.

22          MS. DeLORENZO:  Sure, that's fine.

133

1    contacting Ms. Chandler.  I don't know in

2    what order, but I contacted both individuals.

3       Q    What happened during your

4    conversation with Mr. Robinson?

5       A    I informed Mr. Robinson of who I

6    was, and I informed Mr. Robinson that I had

7    spoke to Lt. Morton because I had received a

8    notice from my doctor that I could return to

9    work in a light duty status and that

10    Lt. Morton had referred me to Mr. Robinson.

11    And Mr. Robinson stated to me that there was

12    no light duty available, and Mr. Robinson

13    asked me was I on any medications, and I told

14    him "Yes, for pain, for spasms."

15       And Mr. Robinson told me that there

16    was no light duty, and that I knew when I

17    went out that there was no light duty.  And I

18    said, "Well, Mr. Robinson I was already on

19    light duty when I got injured in 2002."  I

20    said, "You were not working there at that

21    time."  And Mr. Robinson told me that he had

22    pulled all of the office records from Human

134

1    Resources and that no officers had ever been

2    on light duty, and that there had never been

3    light duty available.

4              And he -- Mr. Robinson told me that

5    I would be a threat to the university and to

6    the students because of my condition, and he

7    said under no circumstances could I return in

8    that -- at that capacity.  Mr. Robinson told

9    me that I needed to go back to my doctor,

10    Omohundro, and have Dr. Omohundro to give me

11    a return-to-work letter stating that I could

12    return to work at a full capacity with no

13    restrictions and I could not be on any type

14    of medication.

15        Q    At the time in July 2003, what

16    medications were you on?

17        A    Various.  I don't remember all of

18    the names.

19        Q    Were you on Percocet?

20        A    I don't remember.  At one point I

21    was on Percocet, but I don't know if I was on

22    Percocet in 2003, July.  I don't remember.

135

1      Q    Didn't you tell Mr. Robinson that

2   you were on medication that makes you drowsy?

3      A    I told Mr. Robinson that some of

4   the medication -- I didn't name a specific

5   medication.

6      Q    But you did tell him that some of

7   the medications you were on made you drowsy.

8      A    I said at some point some of the

9   medications could make me groggy.

10     Q    And Percocet's one of the

11  medications that could make you --

12     A    I don't remember being on Percocet

13  at that time.

14     Q    But when you had been on Percocet,

15  did it make you drowsy?

16     A    It made me sick.  I stopped taking

17  it.  I could not take Percocet.  It made me

18  sick.  I didn't even take it for a long time

19  because it made me sick to my stomach.

20     Q    Did you also tell him that you were

21  on medication that made you unbalanced?

22     A    I don't remember telling him.

145

1      A    Or send it up there --

2      Q    Ms. Jones, couldn't you have come

3  to the university that same day that you

4  called Lt. Morton and Mr. Robinson?

5      A    No.

6      Q    Why not?

7      A    Because Mr. Robinson told me under

8  no circumstances -- with the paperwork that I

9  told him that I had I could not return to

10 work -- so why would I go up there and give

11 him that paperwork?  That's not making sense

12 to me.  It's not.  It's not making sense.

13     Q    Excuse me one minute.

14          Did you mail in the documentation

15 to Mr. --

16     A    No, I did not.

17     Q    Ms. Jones, let me finish the

18 question.  Did you mail in any medical

19 documentation in July 2003 to Mr. Morton,

20 Mr. Robinson, Lt. Adams, or any of your

21 supervisors at UDC?

22     A    No, I did not.

1       Q     In July of 2003, did you fax any

2    medical documentation to Mr. Morton,

3    Mr. Robinson, Lt. Adams, Lt. Medley, or any

4    of your supervisors at the University of the

5    District of Columbia?

6       A     Not to my recollection.

7       Q     Did you hand-deliver to Mr. Morton,

8    Mr. Robinson, Lt. Adams, Lt. Medley, or any

9    of your supervisors at UDC any medical

10   documentation from Dr. Omohundro?

11      A     No, not to my recollection.

12      Q     Did you arrange for anyone else on

13   your behalf to bring to Lt. Morton,

14   Mr. Robinson, Lt. Medley, Lt. Adams, or any

15   of your other supervisors at the university

16   the medical documentation by Dr. Omohundro?

17      A     Not to my recollection.

18      Q     It's your testimony today that

19   during your conversation with Mr. Robinson,

20   he said you would be a "threat to the

21   university."

22      A     Yes, he did.

152

1    the EEOC in relation to her particular case,

2    I would appreciate if those documents can be

3    turned over to me.

4            When we were talking right before

5    lunch, we were talking about July 2003, and

6    how Dr. Omohundro had released you to light

7    duty.  And I wanted to ask you some questions

8    generally.  Did you ever produce any

9    documentation from a doctor about your

10   restrictions on your duties at any time to

11   the university from July 2003 to the present?

12       A    From 2003 until --

13       Q    From July 2003 to the present.

14       A    No, not to my recollection.

15       Q    Did you ask anyone to fax or mail

16   or hand-deliver any documentation from any

17   doctor about your restrictions to the

18   university from July 2003 to the present?

19       A    Not to my recollection.

20       Q    Did you get documentation from your

21   doctor about restrictions on your duties from

22   July 2003 to the present?

153

1      A    Yes.

2      Q    Did you regularly have the doctor

3   write you notes about the restrictions on

4   your working abilities?

5      A    Yes, whenever I went for an

6   appointment, I would get a status report from

7   my doctor.

8      Q    Would that status report -- Let me

9   have them mark it first, I just want to show

10  it to you.

11      MS. DeLORENZO:  We can mark this as

12  Jones 6, please.

13          (Deposition Exhibit No. 6 was

14          marked for identification.)

15      BY MS. DeLORENZO:

16      Q    Ms. Jones, if you could just take a

17  minute and look over the document that I've

18  handed to you as Jones Exhibit 6.

19      A    Okay.

20      Q    What is Jones Exhibit 6?

21      A    It's a status report from

22  Dr. Omohundro.

161

1      A    Said light duty.

2      Q    Hold on.  Remember the rules.  I

3  have to ask the question and then I'll

4  respect and give you time and you can answer.

5          When your doctor told you could

6  come back with restrictions, what did you

7  think?  Did you think it was going to be for

8  weeks or months or years?

9      A    I really did not know.

10     Q    Looking at the restrictions -- "no

11  walking or standing for more than two hours

12  out of an eight-hour day" -- what did you

13  think you could do in those two hours, and

14  what did you think you could do for the

15  remaining six hours of a shift?

16     A    I felt that I could have done some

17  patrolling, I could have done some traffic

18  detail, I could have wrote some tickets, I

19  could have done incident reports if they

20  occurred --

21     Q    But that would be for the two hours

22  that you could walk --

162

```
1        A     Yes.

2        Q     So what about for the other six

3   hours?

4        A     I could have worked communications.

5        Q     If there was a position available.

6        A     Yes.

7        Q     When you found out that your doctor

8   was releasing you to come back, what type of

9   tasks did you want to do in your role as a

10  security officer?

11       A     Whatever that I was capable of

12  doing in that light duty condition.  That's

13  what I wanted to do.

14       Q     And if there wasn't a

15  communications position available in July

16  2003, are there any other types of tasks that

17  you could have done to fill in those six

18  hours out of your shift?

19       A     I don't know.

20       Q     Isn't it true that on July 24,

21  2003, you called Dr. Lee because you needed a

22  letter stating your medical conditions to
```

164

1  Q So having shown you Jones

2 Exhibit 7, is your recollection refreshed as

3 to your making a call on July 24, 2003 to

4 Dr. Lee?

5  A I don't remember it, but it says on

6 the paper that I did, so I guess I did.  I

7 don't remember the call.

8  Q Do you remember if there was a time

9 at the end of July 2003 when you would have

10 called your doctor asking for a letter about

11 medical conditions?

12  A I don't remember.

13  Q When we were talking a few minutes

14 ago about what you envisioned light duty to

15 be if you were able to come back in July

16 2003, at the time, did you think that you

17 were physically able to apprehend suspects?

18  A No.

19  Q Did you believe at the time that

20 you could effectuate an arrest of any

21 suspects?

22  A Yes.

165

1        Q    Did you feel that you could patrol

2    the campus for your entire shift?

3        A    No.

4        Q    Did you feel that you could perform

5    a traffic detail during your entire shift?

6        A    No, not for the whole shift.

7        Q    Did you feel that you could

8    properly provide security service for the

9    staff and the students and visiting persons

10   at the university?

11       A    Yes.

12       Q    Did you feel that you could conduct

13   periodic patrols and inspections of

14   buildings?

15       A    Yes.

16       Q    For the entire eight hours?

17       A    Periodically, I could.  I don't

18   know how long.

19       Q    The doctor's note says two hours of

20   eight hours.

21       A    He said two hours, so I guess it's

22   two hours.  I wasn't given the opportunity,

1    have been able to.

2        Q    Your complaint talks about -- what

3    it specifically says is that you have chronic

4    arthritis in your shoulders, neck and knees,

5    bursitis in your hip and various chronic back

6    conditions that substantially limits one or

7    more of your major life activities, including

8    walking, standing, bending, and lifting.

9        A    That's correct.

10        Q    Is that correct?

11        A    Yes.

12        Q    So what I'm going to do is talk to

13    you about the different activities that you

14    were able to do, and I'm going to start with

15    2003 first, then 2004, then 2005 and 2006.

16            So back starting July 2003 -- for

17    the remainder of the year, how far could you

18    walk -- and we can talk about feet, blocks,

19    miles, whatever you're more comfortable

20    estimating -- before you had mild pain?

21        A    The answer to that -- I'm in pain

22    on a daily basis.  I'm always in pain.  I

168

1    never go a day without being in pain.  I

2    don't have to walk to be in pain.  I'm

3    sitting right here now, I'm in pain.

4         Q    Okay.

5         A    I've been in pain since 1999.  The

6    pain does not go away.

7         Q    I understand what you're saying.

8    Starting in 2003, in July, would you

9    characterize it, as mild, moderate, severe?

10        A    It was severe.

11        Q    And in 2003, where was the pain

12   physically on your body?

13        A    Shoulder, from the neck down to the

14   lower back, both knees, the right hip.

15        Q    So it's your testimony that any

16   activity causes you severe pain from July

17   2003 to the end of 2003.  Is that correct?

18        A    I'll put it to you this way:  I'm

19   in pain on a daily basis.  If I overexert

20   myself -- the more movement, the more

21   walking, sitting long time periods, if I try

22   to bend, that will cause me to be in pain --

170

```
 1      A    I would get up and I would groom

 2   myself.

 3      Q    What would that entail?

 4      A    Grooming.

 5      Q    Specifically.

 6      A    Personal stuff.

 7      Q    I understand.

 8      A    Shower, brush teeth --

 9      Q    Do you stand up in the shower?

10      A    Yes.  I don't sit down.

11      Q    When you brush your teeth, do you

12   brush with your left hand or your right hand?

13      A    Left hand.

14      Q    What else would you do?

15      A    Put my clothes on.  Sometimes my

16   husband would assist me, depending on the

17   severity of my pain.  Some days I might get

18   up and have severe spasms to the point where

19   I might not be able to move for a time

20   period.  Some days I could get up and do

21   everything on my own.  But still in

22   pain -- I'm always in pain.  But some days
```

1    the pain is greater than other days, and the

2    more activity, the more pain.

3        Q    What would you do after you took a

4    shower, got dressed, brushed your teeth back

5    in July -- approximately July '03?

6        A    Go into the living room.

7        Q    How far is your living room from

8    your bedroom?

9        A    So you're saying from 2003?  I was

10    living at a different location from where I'm

11    at now.  I've moved three or four times since

12    then --

13        Q    Well, that's why I wanted to --

14        A    So I don't know.  I've lived in

15    different-sized apartments.

16        Q    I just need an estimate.

17        A    So you see --

18        Q    I just need to understand kind of

19    what your day was like and what you could

20    accomplish in these different time periods.

21        A    I could --

22        Q    I understand that the answers might

172

1    change from year to year.  That's fine.  I'm

2    just trying to get an idea.

3        A    I mean, the living room was not

4    that far from the bedroom.  I was in a very

5    small apartment -- a two-bedroom apartment.

6    It was very small.  So I'd go from the

7    bedroom to the bathroom -- the bathroom right

8    there at the bedroom, and then go from the

9    bedroom to the living room -- living room

10   right there -- little short hallway, then go

11   into the kitchen.  The kitchen is right there

12   by the dining room.  And most of the time, my

13   husband would fix breakfast.  Sometimes I

14   would fix breakfast.

15       Q    And if you were making breakfast,

16   what would you make?

17       A    Bacon.  Some time -- most of the

18   time in the microwave.

19       Q    Okay.

20       A    Or it's a variety of stuff.

21   Bacon's just something that could be quick.

22       Q    And then what would you do after

1    breakfast?

2        A    I would go into the living room on

3    some occasions and sit down, look at TV, read

4    a book, read the newspaper, talk to my

5    children if they were there, my

6    family -- talk on the telephone.  Do

7    therapy -- I do therapy at home --

8        Q    Do you mean physical therapy?

9        A    Yes.

10        Q    And back in 2003, what would

11    physical therapy entail?

12        A    They had me doing, like, some -- I

13    believe it was like the rubber thing that go

14    on the door.  I don't know what they call it.

15    For my shoulder, I would have to pull it

16    and --

17        Q    You would attach a device to your

18    door so that --

19        A    To the doorknob, and pull it.

20    And -- what else did I do?  Some type of

21    exercises -- I would, like, lie down on the

22    bed.  I think, like, some leg lifts.  It was

1    just a variety of exercises.

2        Q    Would you do the physical therapy

3    more than once a day?

4        A    No, just once.

5        Q    About how long would you do the

6    physical therapy exercises?

7        A    Maybe about 30 minutes.  My husband

8    would assist me in doing them.

9        Q    And then what would you do after

10   you're done -- I'm sorry, is physical therapy

11   something you would do every day?

12       A    Sometimes -- not every day, because

13   some days I just didn't feel like doing

14   it -- doing the physical therapy because of

15   the pain.  But sometime I would try to do it

16   at least three times out of a week.

17   Two -- about three times, maybe.  Once a day,

18   maybe about 30 minutes.

19       Q    And then after the physical

20   therapy, what would you typically do back in

21   '03?

22       A    Sometime listen to music, listen to

1    the radio, read books, read my bible, bible

2    study, talk to my family.  Of course, I took

3    my medication when I got up --

4        Q    I --

5        A    After I would eat, I would take my

6    medication.

7        Q    I think I had read in the medical

8    records back in July '03 that you had

9    reported being on Percocet and the Lidoderm

10   patches.  Does that sound about right, or do

11   you think it might have been other medicine?

12       A    I don't remember.  I probably was

13   on the Lidoderm, but I don't know if I was on

14   Percocet.  But I've always been on pain

15   medication since '99 -- a variety of pain

16   medication.  I don't remember the exact

17   names.  I did take Percocet off and on.  I

18   don't remember the exact dates.

19       Q    Did any of the pain medications

20   that you had been on since '99 to the

21   present -- did any of them have side effects?

22   Did they make you tired, did they make you

1    nauseous?

2        A    Well, the Percocet made me

3    nauseous.  That's why I stopped taking it.

4    But actually, some of the medication stated

5    that it would make me droggy, but I don't

6    sleep.  I'm up all night.  The majority of

7    the time I'm up 'til daybreak, and that's

8    been going on since '99.  I don't sleep at

9    night.  I'm up, so they say the pain

10   medication will make you groggy, but --

11       Q    Have you ever taken any medication

12   to help you sleep?

13       A    Well, I was prescribed Valium but I

14   never took them.

15       Q    Valium?

16       A    I never took them.

17       Q    I just couldn't understand --

18       A    I never got it filled.  I never got

19   it filled.

20       Q    In the time frame back in July

21   2003, would you ever go outside for a walk?

22       A    Of course.

177

1          Q    Where would you go?

2          A    My husband and I, we would take a

3    walk on the block where I lived.  It was a

4    short block.  In July, because actually we

5    would go out, because I could not drive -- I

6    had a car but I could not drive.

7          Q    Why is that?

8          A    Because I was on the medication and

9    it said "do not operate machinery" --

10         Q    Oh --

11         A    So I did not drive.

12         Q    So even if you were experiencing no

13   side effects, if the medication said "don't

14   drive" --

15         A    And plus, because of the pain in my

16   shoulder.  I had tried at one point -- I

17   don't know the exact date -- to drive and it

18   was difficult and my husband, he do not

19   drive.  He don't have a license.  So we would

20   walk, or we would rely on family and friends

21   to take us where we needed to go, or public

22   transportation.

188

1    or a cane, or a walker or wheelchair or

2    anything like that?

3        A    At some point.  Sometimes when I

4    was in the house, I would use a cane to,

5    like, help me get up and down, like from my

6    bed or the sofa, because at one point my sofa

7    was sort of low.

8        Q    Okay.

9        A    Or from a chair, or if the spasms

10   were, like, more severe on a particular day,

11   then my husband would say, "Well, you need to

12   use your cane," and I would use it to get up

13   and down from the bed.  At night if I was

14   laying down, I would use it to go to the

15   bathroom or whatever, but I didn't use it

16   outside.  Maybe before that point when I went

17   to the doctor, he gave me the cane because of

18   the spasms and stuff.

19       Q    Do you remember which doctor gave

20   you the cane?

21       A    Omohundro.

22       Q    Did he --

199

1   attempted to and it causes me a lot of pain.

2        Q    In 2004, did you ever make contact

3   with Morton or Robinson or Medley or Adams at

4   UDC to try and come back to work?

5        A    2004?  Not to my recollection.

6        Q    In your EEOC complaint, which is

7   Jones Exhibit 5, you indicated that you made

8   another request to come back to work at that

9   time; is that correct?

10       A    Uh-huh, yes.

11       Q    And you made that request by

12  telephone?

13       A    Yes.

14       Q    Who did you talk to?

15       A    I spoke to Lt. Morton and I spoke

16  to my union rep, Off. Leah Otuonye.  I spoke

17  to her in July and October, and I spoke to

18  the shop stewardess of the union

19       Q    Actually, let me -- did you speak

20  to Mr. Morton or Mr. Robinson or Lt. Medley

21  or Lt. Adams or any of your supervisors --

22       A    I remember -- I'm sorry.

1       Q     Back in October 2003?

2       A     I remember speaking to Lt. Morton,

3   I believe.

4       Q     Do you remember what happened

5   during that conversation?

6       A     He just said there still was no

7   light duty.  There's no change.

8       Q     Did you tell him that you had

9   documentation from your doctor?

10      A     I told him everything was still the

11  same.  It was still light duty

12  status -- everything was the same from my

13  doctor.  My status --

14      Q     You told him that?

15      A     I was still on light duty.  That

16  was my status.

17      Q     What did he say?

18      A     Said there was still no light duty

19  available.  And I had spoke to Lt. Adams, and

20  he said that Lt. Morton and Mr. Robinson had

21  told him that there was no light duty.  And

22  that the notice had came out, I believe

208

1    your head?

2         A    At what time period in 2004?

3         Q    2004.

4         A    At what time?  I mean, because in

5    2004, I had surgery on my shoulder, so at

6    what point?

7         Q    Which shoulder?

8         A    The right shoulder, for the rotator

9    cuff tear.  October of 2004, I had surgery,

10   so --

11        Q    Let's say prior to October of 2004.

12        A    And what is your question again?

13        Q    How much could you lift, either

14   with your left side or your right side?

15        A    I don't know.

16        Q    Could you carry a bag of groceries

17   in your left arm?  Prior to the surgery --

18        A    I never tried.  I didn't try to

19   carry a bag of groceries.

20        Q    Could you lift a pile of laundry?

21        A    I didn't try to lift a pile of

22   laundry.

212

```
 1        A    I didn't go back to work.

 2        Q    I'm sorry, when you were released

 3   to go back to work?

 4             REPORTER:  Do you want me to mark

 5   them all?

 6             MS. DeLORENZO:  You could just make

 7   them as one exhibit, that's fine; right?  Is

 8   that okay with you?

 9             MS. KRUGER:  Uh-huh.

10             REPORTER:  And that would be 8?

11             MS. DeLORENZO:  Yes, ma'am.

12             (Deposition Exhibit No. 8 was

13             marked for identification.)

14             BY MS. DeLORENZO:

15        Q    If you could just take a look at

16   those documents that are Exhibit 8 and let me

17   know when you're done.

18        A    Okay, so I -- according to this one

19   that's dated February 15, 2005, it says that

20   I could resume participation in light duty as

21   of it looks like February 16th or 19th of

22   2005.  It say light duty.
```

213

1       Q      So you had the surgery in October

2    '04; right?

3       A      Uh-huh.

4       Q      Your doctor didn't release you to

5    work for at least a couple of months after

6    that.

7       A      Right.

8       Q      Because I think the earlier

9    documents of that exhibit -- I think if you

10   look back -- are dated November 15 --

11      A      November 15, '04 and December 22,

12   '04.

13      Q      They don't show that you're

14   released to light duty; correct?

15      A      No, no.

16      Q      Just so I have an understanding of

17   the time frame, again, that you were not even

18   released to light duty for a couple of months

19   after your surgery; is that correct?

20      A      Right, right.

21      Q      So in 2004 -- again, I'm just going

22   to go through kind of questions about whether

1    located on a typical basis in 2004, prior to

2    your surgery?

3        A    Some days, there were better

4    days -- 7/8 -- some days a 10.  It varied.

5    9/10.

6        Q    Where was pain concentrated mostly?

7        A    Same areas.  The injured

8    areas -- the right shoulder from the neck on

9    down to the lower back, both knees, right

10   hip.  Sometimes the hip felt better,

11   sometimes it didn't.

12       Q    What I'd like to do is 2005/2006,

13   then we'll take a break.  How does that

14   sound?

15       A    Okay.

16       Q    So starting in February 2005 again,

17   I guess when you were released again to light

18   duty, at that point, did you make any contact

19   with UDC about coming back to work?

20       A    No, because by then, I had -- I

21   believe I had received a letter from

22   EEOC -- a "Right to Sue" letter.  And I

217

1    believe in -- it may have been 2004 -- I'm

2    thinking it was maybe September/October, I'm

3    not sure, I contacted a lawyer in reference

4    to a civil suit.

5        Q    Okay.

6        A    Because I had received confirmation

7    from EEOC -- the "Right to Sue" letter -- and

8    after that, I contacted a lawyer.  So I had

9    no need to be in contact with UDC at that

10   point.

11       Q    So the answer is no, you didn't

12   contact UDC.

13       A    No, no.

14       Q    Back in 2005, typically, describe

15   your level of pain and the areas on your body

16   where you were feeling the pain.

17       A    The injured areas -- from the neck

18   on down to the lower back, both knees, right

19   shoulder, and sometimes the hip.

20       Q    On a scale of 1 to 10?

21       A    7, 8, 9, 10.

22       Q    Were you able to take any walks in

332

1    told you could not come back to work in July

2    2003?

3        A    I'm upset because that was my

4    livelihood.  Working at the University of the

5    District of Columbia was my livelihood, and I

6    enjoyed my work.  I enjoyed being a police

7    officer at the University of the District of

8    Columbia.  I looked forward to going back to

9    that workplace.

10       Q    Isn't it true that you were having

11   anxiety attacks prior to July 2003?

12       A    Yes.  After the assault on me --

13       Q    Right.  Right back in --

14       A    That's when they started.

15       Q    Right.  So you were suffering from

16   anxiety attacks well before you came to

17   work -- well before July of 2003.

18       A    The anxiety attacks started after

19   the assault on me, and they got worse doing

20   the time period 2002/2003.

21       Q    Why is that?

22       A    Only the doctor can answer that, I

333

1    guess.  I don't know.  I guess from being

2    upset, stressed out --

3        Q    But what causes you --

4        A    From talking to individuals such as

5    Lt. Morton and Mr. Robinson.  At one point, I

6    spoke to Lt. Morton by phone -- I don't

7    remember the exact date -- and I had to

8    return to the hospital by ambulance.

9        Q    Why's that?

10       A    Because I had an anxiety attack

11   while I was speaking to Lt. Morton, and it

12   was in reference to my workman comp money.

13       Q    What occurred during the

14   conversation about your workers' comp that

15   caused you to have an anxiety attack that you

16   had to be taken to the hospital?

17       A    He had not submitted the paperwork

18   so that I could get paid from workman's comp.

19       Q    Is this what you had talked about

20   earlier in the time frame from November '02

21   to January '03, or is this a different time

22   frame?

334

1      A      That's the same.

2      Q      So your telephone conversation

3  resulted in an anxiety attack that sent you

4  to the hospital?

5      A      Yes, by ambulance.

6      Q      How often do you see Dr. Lee for

7  your anxiety attacks?

8      A      It varies.  I'm on medication, so

9  every time I have an attack, I don't run to

10 the doctor.

11     Q      How often --

12     A      I take medication.

13     Q      How often do you have an anxiety

14 attack?

15     A      It varies.  Sometime I could have

16 it two/three times out of the week.  Sometime

17 I can go a week or two and not have it, but

18 sometime it occurs more frequently than

19 others.

20     Q      What things trigger an anxiety

21 attack?

22     A      I have no idea, because I can be,

335

1   like, just lying in the bed, and I get

2   up -- it was at one point, I got up off of

3   the bed to go to the bathroom at my house,

4   and I felt it coming on as I was walking to

5   the bathroom, and by the time I got to the

6   bathroom -- at some period, my husband found

7   me on the floor, passed out in the bathroom.

8   So I really don't know what brings it on.

9   Well, because like I said, at times, they

10  come on when I'm calm or if I get upset, they

11  have came on.  If I get upset about

12  something --

13     Q    What are the symptoms of an anxiety

14  attack?

15     A    I -- my heart beats very, very

16  fast, like it's, like, palpitating.  And I

17  feel real, real, real hot -- very extremely

18  hot, like I'm on fire.  And I feel

19  frightened; I feel like it's the end of the

20  world, like the world is coming to an end, or

21  like I'm about to die.  I feel real jittery,

22  nervous, I feel faint, and I just feel real

336

1    sick in my stomach, and my heart is just

2    throbbing real fast, and head hurt.  And just

3    real jittery, nervous, anxious --

4         Q    You said how often do these anxiety

5    attacks happen?

6         A    It varies.  Sometime I can go a

7    month or something and not have one.

8    Sometime I might -- it might occur

9    once/twice, two/three times.  It varies.  I

10   never know when it's going to happen.

11        Q    What medications have you been on

12   since 1999 for your anxiety attacks?

13        A    I believe I was one called

14   Zantac -- I'm not sure, don't quote me.  It

15   should be in my medical file -- Dr. Lee's

16   medical file.  It should be in there.  Now

17   I'm on the generic for Zoloft.

18        Q    Have the anxiety attacks gotten

19   worse since July 2003 or have they remained

20   the same?

21        A    It varies.  It varies.

22        Q    You were also diagnosed with

343

1       Q    Who are Mickey and Wendy Greene?

2       A    Wendy Greene is my sister.  She

3  uses Wendy Smith -- Wendy Smith Greene.  And

4  Mickey Greene is my sister Wendy's husband.

5       Q    So less than $100.

6       A    Uh-huh.

7       Q    If you could just tell me how

8  you're limited in your ability -- physically

9  limited, separate from the pain, how you're

10 unable to walk, stand, bend, and lift in 2003

11 to now, since you've talked about -- your

12 general conditions are the same.

13      A    I don't understand what you're

14 saying.

15      Q    You talked to me a lot about the

16 pain that you feel.

17      A    Uh-huh.

18      Q    How do those symptoms limit you

19 from walking, standing, bending, and lifting?

20      A    How did it limit me?

21      Q    Yes.

22      A    I'll put it to you this way:  When

1    I attempted to do certain things such as

2    bending, standing, walking, it would cause me

3    to be in more pain, such as if I tried to

4    bend down to pick something up, it would

5    cause pain to the back area, and knees, and

6    there has been occasions when I have

7    attempted to bend down and I have actually

8    fallen on the floor.

9         Q    Okay.

10        A    I've lost my balance -- not that

11   often, but there has been a few times that

12   that happened.

13        Q    Okay, and --

14        A    At home.

15        Q    At home.  Ever happen when you were

16   out, outside of your house?

17        A    I don't remember.  I've -- you're

18   speaking of losing the balance or --

19        Q    Yes, ma'am.

20        A    There may have been a time that I

21   sort of lost my balance.  I don't remember

22   what time --

1    Q    As --

2    A    At which time.

3    Q    As a result of bending?

4    A    Walking, or maybe missed a step or

5    something.  And trying to step down or step

6    up onto the sidewalk or something.

7    Q    Okay.

8    A    Because I don't use my cane when I

9    go out a lot of times.  I use my husband for

10   support.

11   Q    And are there other ways that

12   you're limited in walking and standing?

13   A    Explain.

14   Q    I mean, you gave me an example

15   where bending, sometimes, you fall over.

16   A    Okay.  If I -- sometimes if I walk

17   to a certain point -- I don't know how long,

18   because like I said, I don't time it.

19   Sometime my knee -- my left knee -- both

20   knees are hurt, but sometime the more I try

21   to walk, the more pain I feel in my knees,

22   mainly the left knee.  So I guess walking for

346

1      a certain time period at some point.  I guess

2      it depends on the degree of my pain, but --

3          Q    As a result of the arthritis or the

4      bursitis, do your knees ever give out?  Does

5      anything physically happen with your body

6      separate from the pain that limits your

7      ability to walk or stand or bend or lift?

8          A    Yes, there have been occasions when

9      the left knee has given out and -- for

10     example, if I -- when I have to go up steps,

11     I try to support on the other leg because

12     when I try to bend the left knee to go up

13     steps, it's very painful.  So I try to put

14     all the weight on my right leg when I go up

15     and down steps.  And when I'm reaching,

16     I've -- the majority of the time, I'm using

17     my left hand so now recently I have been

18     experiencing pain in the left shoulder.

19              I believe I went to Dr. Omohundro a

20     month ago or something in reference to

21     feeling spasms in the left shoulder, and I

22     don't know if it's because I'm