# EXHIBIT B



# AGREEMENT

Effective August 3, 1988 - September 30, 1990

2087



"In the Hands of the People"

between

THE UNIVERSITY OF THE DISTRICT OF COLUMBIA

and

AMERICAN FEDERATION OF STATE COUNTY AND MUNICIPAL EMPLOYEES

DISTRICT COUNCIL 20  LOCAL 2087



-10-

7 6     Environmental Conditions

The University will comply with applicable laws and regulations regarding release of employees from duty in cases of extreme temperatures and humidity hazardous weather breakdown of heating equipment and other conditions threatening the safety and health of employees  During inclement weather where the University has declared an emergency employees will be given a reasonable amount of time to report for duty without being charged leave

7 7     Building Evacuation

The Employer shall monitor and maintain a comprehensive plan for the evacuation of all employees at each facility and shall notify and instruct the employees of the plan  The Employer shall further hold periodic evacuation drills as determined by the Health and Safety Committee

7 8     Employee Health Services

The Employer shall provide employee health services in accordance with the standards set forth in the D C  Merit Personnel Act (D C  Code  Sec  1 621 7)

7 9     Physical Limitations

The Employer agrees to take measures to accommodate to the extent possible  appropriately documented physical limitations or disabilities   Employees who desire such accommodations shall be responsible for informing the Office of University Compliance of any medically sanctioned limitations or disabilities which may affect their work performance or their physical well being

7 10     Reassignment Due to Health Reasons

The University agrees to give consideration to an employee s written request for detail or reassignment for health reasons   Such requests shall be forwarded to the Office of Personnel Management, with medical documentation   Specific medical information will be held in confidence  The University s decision on the request will be communicated to the employee as soon as possible

7 11     Work Related Illness or Injury

When an employee reports an illness or injury sustained

