# EXHIBIT D

# POSITION DESCRIPTION (Please Read Instructions on the Back)

1. Agency Position No.

2. Reason for Submission
   - [ ] Redescription
   - [ ] Reestablishment
   Explanation (Show any position replaced)

3. Service
   - [ ] Dept'l
   - [ ] Field
   - [ ] Other

4. Employing Office Location

5. Duty Station

6. OPC Certification No.  **UDC-9536**

7. Fair Labor Standards Act
   - [ ] Exempt
   - [ ] Nonexempt

8. Employment/Financial Stmt Required
   - [ ] Yes
   - [ ] No

9. Subject to IA Action
   - [ ] Yes
   - [ ] No

10. Position Status
    - [ ] Competitive
    - [ ] Excepted (Specify)

11. Position is
    - [ ] Supervisory
    - [ ] Managerial
    - [ ] Neither

12. Sensitivity
    - [ ] Critical
    - [ ] Noncritical
    - [ ] Nonsensitive

13. Competitive Level Code

14. Agency Use

| 15. Classified/Graded by | Official Title of Position | Pay Plan | Occupational Code | Grade | Initials | Date |
|---|---|---|---|---|---|---|
| a. Civil Service Commission | | | | | | |
| b. Department, Agency, or Establishment | Police Officer | AD | 083 | 12 | | 12-19-95 |
| c. Bureau | Police Officer | DS | 083 | 07 | | 12-19-95 |
| d. Field Office | | | | | | |
| e. Recommended by Supervisor or Initiating Office | | | | | | |

16. Organizational Title of Position (if different from official title)

17. Name of Employee (if vacancy, specify)

18. Department, Agency, or Establishment
    **District of Columbia Government**
    a. First Subdivision
    **Board of Trustees, UDC**
    b. Second Subdivision **Vice President for Administrative Services**
    c. Third Subdivision
    **Office of Security**
    d. Fourth Subdivision
    e. Fifth Subdivision

19. Employee Review — This is an accurate description of the major duties and responsibilities of my position.
Signature of Employee (optional)

20. Supervisory Certification. I certify that this is an accurate statement of the major duties and responsibilities of this position and its organizational relationships, and that the position is necessary to carry out Government functions for which I am responsible. This certification is made with the knowledge that this information is to be used for statutory purposes relating to appointment and payment of public funds, and that false or misleading statements may constitute violations of such statutes or their implementing regulations.

a. Typed Name and Title of Immediate Supervisor

b. Typed Name and Title of Higher-Level Supervisor or Manager (optional)

Signature / Date

21. Classification/Job Grading Certification. I certify that this position has been classified/graded as required by Title 5, U.S. Code, in conformance with standards published by the Civil Service Commission or, if no published standards apply directly, consistently with the most applicable published standards.

Typed Name and Title of Official Taking Action

Signature / Date **12-19-95**

22. Standards Used in Classifying/Grading Position

Information for Employees. The standards, and information on their application, are available in the personnel office. The classification of the position may be reviewed and corrected by the agency or the Civil Service Commission. Information on classification/job grading appeals and complaints on exemption from FLSA, is available from the personnel office or the Commission.

23. Position Review | Initials | Date | Initials | Date | Initials | Date | Initials | Date | Initials | Date |
a. Employee (optional)
b. Supervisor
c. Classifier

24. Remarks

25. Description of Major Duties and Responsibilities (see attached)

Optional Form 8 (Revised 8-171)
U.S. Civil Service Commission, FPM Chap. 295

Police Officer
AD-083/DS-083

Incumbent serves as a University Police Officer, Office of Security, Vice President for Administrative Services, University of the District of Columbia. Incumbent has responsibility for (1) providing protection services for staff, student's and visiting personnel, (2) maintaining security services for buildings, grounds and related material and equipment and (3) assuring the safety of those people that may be involved in and or with civil disturbances, riots, sabotage, harassments and or emergencies (man made or natural). It is the uniformed officer, not the Metropolitan Police, who is responsible for the public safety in University owned and leased buildings and grounds.

## Duties

-- Observes all activities occurring at the assigned location and is constantly alert to acts of suspicious nature which may result in theft, burglary, pilferage, assault, or serious crimes.

-- Stops and questions suspicious persons using tact to determine the nature of their business. As necessary, administer first aid, summons assistance, interviews persons involved, preserves evidence, and prepares written reports of incidents.

-- Conducts periodic patrols and inspections of buildings to prevent unauthorized removal of University property and unauthorized access to restricted room and areas; to discover and report fires, accidents and safety hazards; to check and secure exterior building entrances; to detect and apprehend unauthorized personnel; and to not any unusual appearance of deviation from normal operations.

-- Examines, and tests the locking devices of saves, vaults, confidential and restricted material is stored (e.g., court record, University emergency plans, etc.) responds to and investigates alarms from burglar instructions and other protective alarms systems or devices.

-- Takes immediate steps to apprehend and arrest those who are responsible for the incident and to protect all occupants within the confines of the facility from physical harm.

-- Assists higher grade uniform officers in maintaining and providing protection to occupants of University owned and or leased facilities and for protecting property against damage or defacing during periods of civil disturbance, demonstrations and riots.

-- Assures that participants of demonstrations are allowed the maximum freedom consistent within the framework of D.C. rules, regulations, and local and federal laws. uses a high degree of judgment and skill in human relations in curbing crowds which can become violent and disorderly.

-- Prepares written reports of all unusual situations and conditions encountered on his/her tour of duty.

-- Notifies all occupants of buildings and carries out evacuation,

## Guidelines

Guidelines include (1) applicable Federal and local laws; (2) Metropolitan Police Department rules, regulations and procedures and (3) rules, policies and regulations issued by the University of the District of Columbia.

## Complexity

The work involves carrying out a wide variety of assignments: applies law enforcement procedures, providing protection and security to UDC Buildings, and adjacent grounds which are owned or leased; to safeguard life and property in such a manner as to provide safe conditions for students, facility, staff, and visitors; and to prevent loss or damage through civil disturbance, riots, sabotage, theft, etc.

## Scope and Effect

The work contributes to the protection of staff, students and visiting personnel and the security of buildings and property of the university.

## Personal Contacts

Recurring contacts with University staff, faculty, students, and the general public.

## Purpose of Contacts

To provide protection and security, and give and receive information.

## Physical Demands

Walking, climbing, driving, running, etc.

## Work Environment

Incumbent is required to work in all types of weather, in buildings as well as outside.

Performs other duties as assigned.

# POSITION DESCRIPTION (Please Read Instructions on the Back)

| 1. Agency Position No. |
|---|
| |

| 2. Reason for Submission | 3. Service | 4. Employing Office Location | 5. Duty Station | 6. CSC Certification No. |
|---|---|---|---|---|
| ☐ Redescription ☐ Reestablishment ☐ New ☐ Other Explanation (Show any positions replaced) | ☐ Dept'l ☐ Field | | | UDC-9536A |
| | 7. Fair Labor Standards Act ☐ Exempt ☐ Nonexempt | 8. Employment/Financial Stmt Required ☐ Yes ☐ No | 9. Subject to IA Action ☐ Yes ☐ No |
| | 10. Position Status ☐ Competitive ☐ Excepted (Specify) | 11. Position is ☐ Supervisory ☐ Managerial ☐ Neither | 12. Sensitivity ☐ Critical ☐ Noncritical ☐ Nonsensitive | 13. Competitive Level Code 14. Agency Use |

| 15. Classified/Graded by | Official Title of Position | Pay Plan | Occupational Code | Grade | Initials | Date |
|---|---|---|---|---|---|---|
| a. Civil Service Commission | | | | | | |
| b. Department, Agency, or Establishment | Police Officer | AD | 083 | 12 | | 9-15-03 |
| c. Bureau | Police Officer | DS | 083 | 07 | | 9-15-03 |
| d. Field Office | | | | | | |
| e. Recommended by Supervisor or Initiating Office | | | | | | |

16. Organizational Title of Position (if different from official title)

17. Name of Employee (if vacancy, specify)

18. Department, Agency, or Establishment
District of Columbia Government

a. First Subdivision
Board of Trustees, UDC

b. Second Subdivision  Vice President, Public Safety & Emergency Management Services

c. Third Subdivision

d. Fourth Subdivision

e. Fifth Subdivision

19. Employee Review. This is an accurate description of the major duties and responsibilities of my position.

Signature of Employee (optional)

20. Supervisory Certification. I certify that this is an accurate statement of the major duties and responsibilities of this position and its organizational relationships, and that the position is necessary to carry out Government functions for which I am responsible. This certification is made with the knowledge that this information is to be used for statutory purposes relating to appointment and payment of public funds, and that false or misleading statements may constitute violations of such statutes or their implementing regulations.

a. Typed Name and Title of Immediate Supervisor
Terri M. Stewart, Deputy Chief
Signature: Terri M. Stewart   Date: 9/12/03

b. Typed Name and Title of Higher-Level Supervisor or Manager (optional)
Robert T. Robinson, Vice President
Signature:   Date: 9/12/03

21. Classification/Job Grading Certification. I certify that this position has been classified/graded as required by Title 5, U.S. Code, in conformance with standards published by the Civil Service Commission or, if no published standards apply directly, consistently with the most applicable published standards.

22. Standards Used in Classifying/Grading Position

Typed Name and Title of Official Taking Action

Signature   Date: 4-5-03

Information for Employees. The standards, and information on their application, are available in the personnel office. The classification of the position may be reviewed and corrected by the agency or the Civil Service Commission. Information on classification/job grading appeals and complaints on exemption from FLSA, is available from the personnel office or the Commission.

| 23. Position Review | Initials | Date | Initials | Date | Initials | Date | Initials | Date | Initials | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| a. Employee (optional) | | | | | | | | | | |
| b. Supervisor | | | | | | | | | | |
| c. Classifier | | | | | | | | | | |

24. Remarks

25. Description of Major Duties and Responsibilities (see attached)

5008 105

Optional Form 8 (Revised 8-77)
U.S. Civil Service Commission, FPM Chap. 295

**Police Officer**
**AD-083/DS-083**

Incumbent serves as a University Police Officer with the Department of Public Safety and Emergency Management Services, at the University of the District of Columbia. Primary responsibilities of the incumbent are as follows: perform law enforcement and crime prevention duties; respond to public safety emergencies, complaints, concerns or questions; preserve and maintain law and order; execute preventive and appropriate procedures for ensuring the protection of persons and properties; patrol University owned and controlled properties on foot; conduct criminal and non-criminal investigations; prepare and submit incident reports; monitor and enforce parking rules and regulations on University owned and controlled properties; develop and maintain positive communications and interactions with the public.

## Duties

- Preserves and maintains law and order; observes, reports, and responds to illegal and unauthorized activity occurring on University owned and controlled premises through enforcement of University policies, procedures and protocols, and District of Columbia Official Code.

- Safeguards University owned and controlled buildings, facilities, and premises. Responsible for access control through manual locking and unlocking of facilities and continual monitoring and inspecting.

- Responds to various alarms associated with the protection of persons and properties.

- Conducts preliminary and follow up investigations; responds to, and investigates, unusual, suspicious, criminal, and non-criminal activity. Prepares and submits written reports, to include: criminal, non-criminal (informational), supplemental (follow up) incident reports, and vehicular/traffic citations

- Responds to and conducts motor vehicle accident investigations occurring on University owned and controlled properties; assists local law enforcement and emergency response agencies (traffic control) as needed.

- Participates in community service activities; employs the practices and techniques of community oriented and problem oriented policing.

- Provides customer service and public assistance, serving the University community and constituents, to include students, faculty, staff, visitors, and the general public.

- Demonstrates safe work practices and procedures; maintains and cleans equipment used in the performance of duties.

- Employs proper interview techniques associated with conducting investigations and report preparation; preserves evidence and crime scene.

### Guidelines

Guidelines include: (1) application of federal and local laws, (2) District of Columbia Official Code, and (3) University of the District of Columbia policies, procedures and protocols.

### Personal Contacts

Internal contacts are with University constituencies, to include students, faculty, staff, and visitors. External contacts include various federal, state and local law enforcement agencies and other emergency response agencies.

### Purpose of Contacts

To support the mission of the Department and the University by way of positive interaction, thereby establishing positive working partnerships. Emphasis is toward engaging in meaningful communication exchanges utilizing the result oriented techniques associated with community oriented and problem oriented policing.

### Physical Demands

Standing for extended periods, walking, running, bending, climbing (stairs), driving, and other flexibility associated with affecting police related actions.

### Work Environment

Incumbent is required to work in all types of environmental conditions (elements), with primary duties calling for the incumbent to be outside much of the time.

### Certifications/Licensing (Required by the Position)

Applicant must be able to obtain and maintain Special Police Officer (SPO) status through the District of Columbia and meet the prescribed requirements and qualifications associated with SPO status (to include firearms).

Applicant must possess (and maintain) a valid driver's license; must be able to obtain a D.C. driving permit for driving D.C. government vehicles.