# EXHIBIT E

**MEMORANDUM:**                                              FEBRUARY 24, 2003

**TO:** CAPT MORTON
    D.C GOVERNMENT POLICE

**FR:** OFFICER V. JONES
    D.C. GOVERNMENT POLICE

**RE:** REQUEST FOR ADVANCE LEAVE

I AM REQUESTING ADVANCE LEAVE FOR 240 HOURS. I AM SCHEDULED TO HAVE MAJOR SURGERY ON 2/27/03, BECAUSE OF HEALTH PROBLEMS. I WOULD LIKE TO THANK YOU IN ADVANCE FOR YOUR ASSISTANCE IN THIS MATTER. PLEASE NOTIFY ME IF ADDITIONAL INFORMATION IS NEEDED.

CC: LT. O. MEDLEY
    MS. HATTIE ROGERS

