# EXHIBIT F

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

----------------------------x

VALERIE JONES,                :

                             :

      Plaintiff,          :

                             :

      v.                  : No. 05-1187(RMU)

                             :

UNIVERSITY OF THE DISTRICT    :

OF COLUMBIA BOARD             :

OF TRUSTEES et al.,           :

                             :

      Defendants.         :

----------------------------x

                             Washington D.C.

                     Thursday, October 12, 2006

Deposition of

          PHILIP H. MORTON

a witness, called for examination by counsel for Plaintiff pursuant to notice and agreement of counsel, beginning at approximately 12:46 p.m. at 4200 Connecticut Avenue, NW, Washington D.C., before Janet Evans-Watkins of Beta Court Reporting, notary public in and for the District of Columbia, when were present on behalf of the respective parties:

```
                                                              2

 1   APPEARANCES:
 2      On behalf of Plaintiff:
 3         SUSAN L. KRUGER, ESQUIRE
           Alan Lescht and Associates, PC
 4         1050 15th Street, NW, Suite 220
           Washington D.C.  20036
 5         (202) 463-6036
 6      On behalf of Defendants:
 7         DANA K. DeLORENZO, ESQUIRE
           Assistant Attorney General
 8         Civil Litigation Division
           Office of the Attorney General
 9         for the District of Columbia
           441 4th Street, NW, Sixth Floor South
10         Washington D.C.  20001
           (202) 724 6515
11
     ALSO PRESENT:
12
           Robin C. Alexander
13
14
15                    C O N T E N T S
16   EXAMINATION BY:                              PAGE
17      Counsel for Plaintiff                       3
18      Counsel for Defendants                     16
19
20
21                    *  *  *  *  *
22
```

1  asked -- because I don't think he met

2  Ms. Jones.  Ms. Jones was still out on

3  workman's comp at the time.  And we -- he

4  asked me about some light duty and I

5  said -- he said have we ever had any light

6  duty?  I can't -- I really can't recall.  It

7  is kind of fuzzy in my mind.  I can't even

8  recall -- I'm trying to think of the

9  conversation, but I can't recall.

10       Q    You don't recall having any

11  telephone conversations with Ms. Jones?

12       A    No, I do not.

13       Q    You don't recall Ms. Jones calling

14  you in July of 2003 and asking if she could

15  come back to work light duty?

16       A    I don't recall.

17       Q    You don't recall telling Ms. Jones

18  that there was a notice that had come out

19  that said that there was no light duty?

20       A    I don't recall that either.

21       Q    You don't recall telling Ms. Jones

22  to call Mr. Robinson?

```
 1       A    No, I do not.

 2       Q    You don't recall that you told

 3  Ms. Jones that you were going to hand-carry a

 4  memo to Human Resources concerning light

 5  duty?

 6            MS. DeLORENZO:  Are you going by a

 7  certain time frame?

 8            BY MS. KRUGER:

 9       Q    This is in July of 2003, or even

10  March of 2003 if --

11       A    I don't recall the July.  All I

12  remember is this memo that I wrote saying

13  that we didn't have any light duty.

14       Q    You're testifying that the reason

15  that you wrote the memo was because of a call

16  you got from Yvonne Chandler?

17       A    Chandler, yes.

18       Q    And it wasn't because of a call

19  that you got from Ms. Jones?

20       A    No.  It was because of what I got

21  from Ms. Chandler.

22       Q    You have no recollection right now
```