# EXHIBIT G

# University of the
# District of Columbia

## OFFICE OF UNIVERSITY POLICE
*Phillip H. Morton*

*UDCPD Management*
*Bldg. 52, Room 407*
*4340 Connecticut Ave. N.W.*
*Washington, D.C. 20008*
*(202) 274-7012*

Memorandum

TO:  TO WHOM IT MAY CONCERN,

FROM:  Captain Phillip H. Morton
University Police

DATE:  March 14, 2003

SUBJECT:  Light duty

This memorandum is to inform you that Officer Valerie Jones is requesting light duty from the Office of University Police. At this time we do not have a light duty assignment available for Officer Jones.

If you have any questions concerning this matter, please fill free to contact me at anytime.

Cc:  Mr. Robert T. Robinson

