# EXHIBIT H



## CAPITOL SPORTS MEDICINE
## METROPOLITAN INSTITUTE OF ORTHOPAEDICS AND REHABILITATION

PATIENT'S NAME: _Valerie Jones_

DATE: _7/2/03_

To Whom It May Concern:

__X__ THIS PATIENT CAME TO MY OFFICE TODAY.

_____ THIS PATIENT WAS UNDER MY CARE FROM _____ TO _____.

_____ THIS PATIENT WAS UNABLE TO WORK FROM _____ TO _____.

__X__ THIS PATIENT MAY RESUME PARTICIPATION IN:

_Light duty_ AS OF _7/3/03_

DIAGNOSIS: _c/r/w/s (R) knee / (R) shoulder_

SPECIAL REMARKS: _walk/stand: 2h/8hr day — no lift/carry > — re-evaluate in 1 week_

SIGNED: _____
Phillip H. Omohundro, M.D.

901 ... Street, ... Washington, DC 20002 · (202) 544-7360
1401 Colesville Road · Suite 210 · Silver Spring, MD 20910 · (301) 588-4217 · Fax (301) 587-2894



31