# EXHIBIT I

FILE_____   PULL CHART_____   CHART#_____

Telephone Encounter Form

Call received by: _Leslie_____ Date: _7·24·03_ Time: _10:56_ (AM)/PM

Patient Name: _Valerie S. Jones_____ D.O.B ███

Patient Phone Number: (H) ███████ (W)_____

(Cell)_____ (Other)_____

Caller (If Other Than Patient):_____ Relationship:_____

Caller's Telephone Number:_____

Physician (Please Circle):   Dibble / (Lee) / King / Harris

Reason for Call: _Need a letter stating her medical conditions... to her job. Also would like to see you b4 8/8/03_

PREVIOUS APPT._____   NEXT APPT. _8/8/03_

Action/Deposition/Taken by Physician/Staff: _Pt. having anxiety attacks wants Ativan_

IF RX REFILL PLEASE COMPLETE THE FOLLOWING:

Pharmacy Name:_____ Pharm. Telephone Number: _Pharm_

Pharmacist's Name: _x1 wk per Dr. Harris_ 2. 939-5735

Date/Time Rx was Called in:_____

IF ALL ACTIONS ARE COMPLETED ON THIS FORM, IT CAN NOW BE PLACED IN PATIENT'S CHART, INITIALED HERE_____

SIGNATURE OF PERSON COMPLETING FORM

166