# EXHIBIT J

Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 100-2004-00214 |

D.C. Office Of Human Rights ___ and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone No. (Incl Area Code) | Date of Birth |
|---|---|---|
| Valerie Jones | (202) 498-3352 | 02-14-1947 |

Street Address: P.O. Box 73992, Washington, DC 20056

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| UNIVERSITY OF THE DISTRICT | Unknown | (202) 282-7483 |

Street Address: 4200 Connecticut Ave., NW, Washington, DC 20008

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 07-05-2003   Latest: 10-27-2003
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I. I was hired by the above-named Respondent on May 16, 1988. On November 14, 2002, I sustained a work-related injury. I was on medical leave from November 14, 2002 until July 5, 2003, when I was released to return to work with restrictions. When I attempted to return to work, the Respondent told me that they could not accommodate my work restrictions. I was further told that in order for me to return to work, that my doctor had to release me to return to work at 100% with no restrictions.

On October 27, 2003, I again attempted to return to work and was told that I could not return to work with restrictions.

II. RESPONDENT'S REASON FOR ADVERSE ACTIONS: Robert Robinson told me that the Respondent did not have any light duty work for me.

III. I believe that the Respondent has violated my rights under Title I of the Americans With Disabilities Act of 1990.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

Date: Dec 17, 2003
Charging Party Signature: *Valerie S. Jones*