# EXHIBIT K



## CAPITOL SPORTS MEDICINE
## METROPOLITAN INSTITUTE OF ORTHOPAEDICS AND REHABILITATION

PATIENT'S NAME: _Valerie Jones_

DATE: _2/15/05_

TO WHOM IT MAY CONCERN:

___X___ THIS PATIENT CAME TO MY OFFICE TODAY.

_____ THIS PATIENT WAS UNDER MY CARE FROM _____ TO _____

_____ THIS PATIENT WAS UNABLE TO WORK FROM _____ TO _____

___X___ THIS PATIENT MAY RESUME PARTICIPATION IN: _____
_Light duty_ AS OF: _2/16/05_

DIAGNOSIS: _s/p SLAP repair shoulder, Right_

SPECIAL REMARKS: _____

SIGNED: _Phillip M.D._
PHILLIP H. OMOHUNDRO, M.D.

8401 Colesville Road • Suite 310 • Silver Spring, MD 20910 • (301) 588-5217 • FAX (301) 587-2894