# EXHIBIT L



**DEPARTMENT OF VETERANS AFFAIRS**
Medical Center
50 Irving Street NW
Washington DC 20422

To:     Whom it may concern

From:   Sharon Cook-Johnson PA-C

Re: ███████████████████   SSN: ███████████████

Date:   12/18/03

This is to confirm that the above patient (is/was) under the care of the VAMC

The patient was:
  Evaluated/Treated and Released


This Patient:

  May return to full duty on _____.

  May not return to full duty.

  May return to restricted duty on  12/22/03  .

   Restrictions:

   a.  Lifting in excess of _____ lbs.

   b.  Excessive/ repeated bending or kneeling.

   c.  Excessive standing and/ or walking.    for more than 1 hour

   d.  Pushing/ pulling  finit

   e.  Other:

Comments:




Sincerely,

Sharon Cook-Johnson PA-C



**THE UNIVERSITY OF THE DISTRICT OF COLUMBIA**
*Department of Public Safety and Emergency Management Services*
Office of the Vice President
Building 39, Suite 301S
4200 Connecticut Avenue, N.W.
Washington, D.C. 20008
Office (202) 274-5560   Fax (202) 274-5344

**Memorandum**

**To:** Officer ▓▓▓▓▓▓▓

**From:** Robert T. Robinson, Vice President

**Date:** January 5, 2004

**Subject:** Receipt of Medical Documentation dated 12/18/03

This memorandum is in response to your medical documentation dated 12/18/03 that was received by Lt. Morton (today's date) from Sgt. Martin, and forwarded to me.

The medical documentation that you provided indicates that you may return to duty on 12/22/03 with a restriction of "no excessive standing and/or walking for more than one (1) hour at a time". However, the documentation does not indicate the duration of the restriction.

The Department will attempt to accommodate you (with respect toward this restriction), for up to a period of two (2) weeks; however, please understand that we cannot guarantee that we will be in a position to do so. Therefore, if we are unable to accommodate you on the basis of this restriction, it will become necessary for you to utilize sick leave.

Please do not hesitate to contact me directly regarding this information.

cc: Office of Human Resources, C. Poole
    Office of General Counsel, C. Martin
    AFSME Local 2087, W. Jones

Attachment: one (1): Department of Veterans Affairs, Medical Center

---

*To Whom It May Concern:*   1/16/04

*The above mentioned restriction should last until 2/16/04 — at which time he will be re-evaluated.*

*Sincerely,*

[signature] MD    202-745-8300