# EXHIBIT M

RICHARD E. JOHN, M.D.
GENERAL PRACTICE
1801 - 18TH STREET, S.E.
WASHINGTON, DC 20020

(202) 544-6644
(202) 678-6131

DEA # BJ 4120224
LIC. # 25278

NAME _____  AGE _____

ADDRESS _____  DATE 2/19/04

Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND

R

Please restrict to
light duty for 2 weeks
post of Feb 23rd status
post arthroscopy right knee

Refill _____ times

(Signature)

To ensure brand name dispensing, prescriber must write
'Brand Necessary' on the prescription

3FGP6000467

---

## RICHARD E. JOHN, MD.

1801 – 18TH Street, S.E.          WASHINGTON, D.C. 20020

Phones: 544-6644 - 544-5482

Office Hours: 11 A.M. to 4 P.M. - Except Wednesday - Saturday 8 A.M. to 10 A.M.

FOR _____  DATE 2/19/04

ADDRESS _____

To Whom It May Concern:

This is to certify that the above patient was under my professional

care from _February 8, 2004_

to thru _February 22, 2004_ _____ Inclusive,

and was totally incapacitated during this time.

REMARKS: _____

_____ - M.D.



**UNIVERSITY of the District of Columbia**
*Department of Public Safety and Emergency Management Services*
Office of the Vice President
Building 39, Suite 301K
4200 Connecticut Avenue, N.W.
Washington, D.C. 20008
Office (202) 274-5148   Fax (202) 274-5344

Memorandum

To:          Officer ▮▮▮▮▮▮

From:        Robert T. Robinson, Vice President

Date:        February 23, 2004

Subject:     Receipt of Medical Documentation dated 2/19/04

This memorandum is in response to your medical documentation dated 2/19/04 that was received by me.

The medical documentation that you provided indicated that you may return to duty today (2/23/04) with a restriction of "light duty for a period of two weeks (as of 2/23/04) because of your right knee".

The Department will attempt to accommodate you (with respect toward this restriction), for up to a period of two (2) weeks; however, please understand that we cannot guarantee that we will be in a position to do so. Therefore, if we are unable to accommodate you on the basis of this restriction, it will become necessary for you to utilize sick leave.

Please do not hesitate to contact me directly regarding this information.

Cc:    Office of Human Resources, C. Poole
       Office of General Counsel, C. Martin
       AFSME Local 2087, W. Jones

Attachment: One (1): Dr. Richard E. John, MD
            One (1): Two week Schedule

