# EXHIBIT N

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Valerie Jones | * | Civ. Action No. 05-1187 (RMU) |
|     Plaintiff, | * | |
| v. | * | |
| UDC Board of Trustees. | * | |
|     Defendant. | * | |

### PLAINTIFF'S SUPPLEMENTAL ANSWERS TO DEFENDANT'S INTERROGATORIES

Plaintiff responds as follows:

### INTERROGATORIES

1) State your full name, any former names or aliases, present address, any prior addresses (within the past ten years), date of birth, and Social Security number. Valerie S. Jones, ▮

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

2) Please describe in detail all employment or income-producing activity you have engaged in within the last twenty (20) years, including your employment with the UDC. Your answer should include, for each position: the type of work and name of the firm or person you worked for, your salary or earnings, the identity of your supervisor, the date when you first began each such employment or activity, the duties of each such position, and the date and reason that each such employment or activity was terminated (if applicable). Plaintiff objects to this interrogatory on the grounds that it is overly broad, seeks evidence that is not relevant,

right knee give out sometimes. My left knee causes me a great deal of pain on a daily basis. I have difficulty climbing steps. I have spasms in my right shoulder, lower back, neck and knees. I also have arthritis in my left hand which affects my writing.

6) For each of your requests for accommodation from UDC, identify the person making the request, the person to whom the request was made, the date, nature and form of the request, and the specific accommodation(s) requested. Identify any relevant documentation in accordance with Instruction 7 and 8. In or about July 2003, Plaintiff requested reasonable accommodations in the form of light duty from Lt. Morton and also from Mr. Robinson, and her physician requested light duty in a note dated July 2, 2003, a copy of which is attached as Exhibit 1. Each request was denied. I made my requests for light duty by telephone in July and October 2003. I called Lt. Morton first. Lt. Morton said that a notice came out that there was no light duty and that he gave the notice to human resources. He told me to call Mr. Robinson. I called Mr. Robinson and told him I had been released to work light duty. He told me that there was no light duty available. Mr. Robinson stated that Plaintiff could not return to work unless she had no medical restrictions. I also contacted human resources and spoke to Ms. Yvonne Chandler about the light duty notice. She said that I needed to go back to my department because the notice came from my department. I called Lt. Morton again and he told me that he would hand carry the notice to personnel.

7) For each response to any of your requests for accommodation, identify the person making the response, the person to whom the response was made, the date, nature and form of the response, and the determination of any specific accommodation(s) requested. Identify any relevant documentation in accordance with Instruction 7 and 8. See answer to 6.

8) State each physical and/or mental impairment from which you allege you suffered at the time of your request(s) for accommodation, the major life activities substantially limited by

4