# EXHIBIT O

**POSITION DESCRIPTION** (Please Read Instructions on the Back)

6. CSC Certification No.: **UDC-A-233**

| | Official Title of Position | Pay Plan | Occupational Code | Grade | Initials | Date |
|---|---|---|---|---|---|---|
| b. Department, Agency, or Establishment | Communications Specialist | AD | 301 | 13 | | 1/29/04 |
| c. Bureau | Communications Specialist | DS | 301 | 06 | | 1/29/04 |

18. Department, Agency, or Establishment:
District of Columbia Government

a. First Subdivision:
Board of Trustees, UDC

b. Second Subdivision: Vice President, Public Safety & Emergency Management Services

20. Supervisory Certification.

a. Typed Name and Title of Immediate Supervisor:
TERRI DE. STEWART, Deputy Chief
Signature: /s/ Stewart
Date: 11/24/04

b. Typed Name and Title of Higher-Level Supervisor or Manager:
Robert T. Robinson, Vice President
Date: 11/24/04

21. Classification/Job Grading Certification.

Typed Name and Title of Official Taking Action:
Jeanette L. McDuffie, Human Resources Specialist (Classification)
Signature: /s/ Jeanette L. McDuffie
Date: 1/29/04

22. Standards Used in Classifying/Grading Position:
Communications Administration and Programming, GS-0301, TS-34, January 1979

**Communication Specialist**
**AD 301**

Incumbent functions as a Communication Specialist with the Department of Public Safety and Emergency Management at the University of the District of Columbia. The incumbent is assigned to Police Operations, Communications Center (dispatch/ base station) and is responsible for performing in a multitasked environment with the ability to expeditiously and appropriately respond to, and process (receive, route, dispatch), all requests and calls for service that come through the Police Communications Center (whether by telephone or walk-in). Primary duties include (but are not limited to) maintaining a constant and accurate duty status (location, assignment, condition) of all field units while simultaneously monitoring and responding to various radio frequencies, life safety alarm systems and monitors, calls for service received by various internal and external constituencies, and performing data entry using the Department's Automated Records Management/Computer Aided Dispatch system (ARMS/CAD) for recording all shift activity and calls for service.

### Duties

- Operates the communications base station radio in accordance with proper radio procedure and FCC regulations. Receives information from, and dispatches assignments to, various field units concerning reported incidents and activity such as: suspicious or unusual circumstances, criminal and non-criminal activity, unauthorized activity, emergency and non-emergency calls for service, and various other public safety requests for service.

- Manages several tasks occurring all at once (i.e.: answering simultaneous ringing phone lines and greeting customer walk-ins, while monitoring and maintaining communications with field units via the police radio frequency).

- Distinguishes, prioritizes and dispatches multiple calls for service as appropriate to their nature/urgency. Maintains close consultation with the shift supervisor, particularly as it pertains to fielding matters of uncertainty, including keeping the shift supervisor immediately and continually informed on all aspects of activity coming through the Communications Center.

- Initiates and maintains an accurate, complete, timely and thorough Communications Activity Log for recording all shift activity and significant incidents (i.e.: calls for service, notifications, point of information) coming into the Communications Center. Maintains working knowledge of public safety, security, and other emergency resources in the area in order to provide accurate information to the general public.

- Performs data entry using the department's automated records management system (ARMS/CAD) for recording all shift activity. Completes various paperwork such as hard copy Communications Activity logs (in the event of system failure), work orders, referral forms, and other reports to be forwarded to appropriate divisions for follow up (i.e.: facilities maintenance, police administration).

- Maintains specified logs and shift reports and initiates data entry for various communications using the Department's Automated Records Management/Computer Aided Dispatch (ARMS/CAD) database. Generates various queries and reports using the ARMS/CAD database and performs general clerical tasks and other duties as assigned.

- Recognizes important communications and prioritizes information received according to established policies and procedure, and with considerable latitude for judgment. Initiates action based on information received, including relaying clear and concise information to field officers, supervisors and officials, and appropriate notification to various law enforcement and emergency response agencies.

- Issues all department issued equipment (keys, radios, batteries, flashlights) located within the Communications Center. Ensures that all equipment is present and accounted for (signed in and out) at the start and end of each respective tour of duty and maintains; controls and restricts access to the Police Communications Center.

- Conducts receptionist duties such as greeting the customer and accurately fielding/routing customer complaints, questions, concerns and inquiries, whether by phone or in person, acting as first point of contact for the general public.

- Performs other duties as assigned.

### Knowledge Required by the Position

- Ability to exercise strong verbal communication skills including voice enunciation, projection, control and command. Must project a voice compatible in tone and diction with the radio and telephone systems, including communicating coherently over law enforcement radio frequencies.

- Ability to effectively and efficiently communicate with a diverse population of constituencies, with sensitivity, courtesy, enthusiasm and tact, particularly as it relates to fielding and responding to customer inquiries and complaints.

- Ability to efficiently and effectively perform in a multitasked environment. Expeditiously and appropriately manage several (and various) simultaneous tasks, performing within a margin of minimal error and particularly under stressful conditions

- Ability to identify problems, relate findings and report facts with accuracy and precision. Ability to apply sound judgment and decision making aptitude, particularly in situations pertaining to officer safety and overall public safety and security.

- Ability to discern between emergency and non emergency tasks, requests, and calls for service, in the interest of initiating response according to appropriate priority and established protocol.

- Ability to exercise and apply strong keyboarding and computer skills, including ability to proficiently perform data entry at a relatively fast pace.

2022745344    FEB 21, 2007 18:33

- Ability to exercise well developed skills that reflect sensitivity and attention to detail (i.e.: observant, perceptive, intuitive and understanding).

- Knowledge of University practice, policy and procedure, rules and regulations.

### Supervisory Controls
Daily assignments and duties are delegated by the on duty shift (police) supervisor; the incumbent works under the immediate supervision and direction of same. Due to the nature of the position and potentiality of situations, the incumbent is expected to think independently; however more complex and/or unusual situations will be in consultation with, and at the discretion of the shift supervisor. Performance is measured by results.

### Guidelines
Guidelines include: (1) familiarity with University of the District of Columbia policies, procedures and protocols; (2) general knowledge of law enforcement practices; and (3) familiarity with local (D.C. and immediate area) public safety and security resources (law enforcement authorities) and emergency care providers (fire, hospital, EMS).

### Complexity
Duties and assignments involve general knowledge and understanding of law enforcement principles and University policies and procedures and requires considerable discernment with respect toward intuitively recognizing illegal and authorized activity, as well as unusual or suspicious circumstances.

### Scope and Effect
Incumbent serves as the first point of public contact (whether in person or by phone) and performs traditional receptionist duties such as greeting the customer and accurately fielding/routing customer complaints, questions, concerns and inquiries.

### Personal Contacts
Internal contacts are with University constituencies, to include students, faculty, staff, and visitors. External contacts include various federal, state and local law enforcement agencies and other emergency response agencies. Customers are inclusive of other law enforcement authorities and emergency response providers.

### Purpose of Contacts
To support the mission of the Department and the University by way of positive interaction, thereby establishing positive working partnerships. Emphasis is toward engaging in meaningful communication that renders positive actions and results.

### Physical Demands
Predominantly sedentary position (by nature and design). Incumbent works seated at a desktop with constant visual attention to various computer monitors and displays. Requires utilization of continuous hand and eye coordination (primarily keyboarding/data entry and simultaneously

monitoring various equipment/ systems within close proximity of one another); may require some reaching, bending and flexing at times.

**Work Environment**
In general, the incumbent is required to work inside (by design and nature of the position) at a fixed post, with responsibility for restricting access (to unauthorized persons). The Communication Center serves as the nerve center for all police operations and as such is a critical post, requiring prompt and continuous attention and actions by the incumbent. Incumbent must be willing to work flexible shift schedule/hours. Designated as an essential employee, incumbent may be required to remain on duty beyond normal shift and/or be available on a 24-hour basis to report for duty without advance notice due to emergencies or manpower shortages.

**Certifications/Licensing (required by the position)**

- Applicant must be able to obtain and maintain Special Police Officer (SPO) status through the District of Columbia and meet the prescribed requirements and qualifications associated with SPO status.

- Applicant must possess (and maintain) a valid driver's license prior to employment and must be able to obtain a DC driving permit for driving DC government vehicles.

- Applicants must be: twenty-one (21) years of age at time of application (must provide proof of age with application materials); a US citizen; a high school graduate, or possess a GED certificate. Some advanced education hours or any combination of training and experience are preferred.

- Applicant must be able to successfully complete a certified (specialized) training course identified and provided by the department, within one (1) year of employment.