UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Valerie Jones,**  )<br>  )<br>     **Plaintiff.**  )<br>  )<br>**v.**  )<br>  )<br>**University of the District of Columbia**  )<br>     **Board of Trustees,**  )<br>  )<br>     **Defendants.**  )<br>_____)| Civil Action No. 05-1187 (RMU) |

## PLAINTIFF'S RESPONSE TO DEFENDANT'S STATEMENT OF UNDISPUTED FACTS

1. Admitted.

2. Plaintiff admits that she received a copy of the Collective Bargaining Agreement but denies that she received it prior to 2004.

3. The document speaks for itself; however, Plaintiff denies that UDC followed the procedure set forth in the Collective Bargaining Agreement.

4. Denied.

5. Denied.

6. The document speaks for itself; however Plaintiff denies that the position description applies to officers working light duty.

7. The document speaks for itself; however Plaintiff denies that all officers carried firearms.

8. The document speaks for itself; however Plaintiff denies that it applies to officers working light duty and noncommissioned unarmed officers.

9. The document speaks for itself; however Plaintiff denies that the position

        description applies to officers working light duty.

10. The document speaks for itself; however Plaintiff denies that the position description applies to officers working light duty.

11. The document speaks for itself; however Plaintiff denies that the position description applies to officers working light duty.

12. The document speaks for itself; however Plaintiff denies that the position description applies to officers working light duty.

13. The document speaks for itself; however Plaintiff denies that the position description applies to officers working light duty.

14. Admitted except that Plaintiff denies that she carried a firearm after December 17, 1999.

15. Admitted.

16. Admitted except that Plaintiff denies that she had physical therapy for only "a few months."

17. Admitted.

18. Admitted.

19. Denied.

20. Admitted.

21. Admitted except Plaintiff denies that the police officer position required her to use a firearm.

22. Admitted.

23. Denied.

24. Denied.

25. Admitted.

26. Denied.

27. Denied.

28. Plaintiff has insufficient knowledge to either admit or deny and therefore denies.

29. Denied.

30. Plaintiff admits that she spoke to Lt. Morton in October 2003, that she spoke to him on prior occasions as well and that he always insisted there was no light duty available.

31. Admitted.

32. Admitted, however Plaintiff notes that since July 2003, she depends on her spouse to assist her with her personal needs depending on the severity of her pain.

33. Admitted.

34. Admitted.

35. Denied.

36. Denied.

37. Denied.

38. Denied.

Respectfully submitted,

_____/s/_____
Alan Lescht, DC Bar # 441691
Susan L. Kruger, DC Bar # 414566
Alan Lescht & Associates
1050 17th Street, N.W.
Washington, DC  20036
202-463-6036
202-463-6067 (fax)