UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Valerie Jones, )<br>)<br>Plaintiff. )<br>)<br>)<br>v. )<br>)<br>University of the District of Columbia )<br>Board of Trustees, )<br>)<br>Defendants. )<br>_____) | Civil Action No. 05-1187 (RMU) |

ORDER

Upon consideration of the Defendant's Motion for Summary Judgment, Plaintiff's Opposition, and the entire record herein, it is this ____ day of _____, 2007, by this Court,

ORDERED, that Defendant's Motion for Summary Judgment is DENIED.

_____
Ricardo M. Urbina
United States District Court Judge