EXHIBIT 2



Roy S. Stanford
President/CEO

# PIONEER TRAINING & CONSULTANTS, INC.

THIS CERTIFICATE IS PRESENTED

TO

## Valerie S. Jones

*For successfully completing the forty hour*

*Security/Law Enforcement Training Program*

*Conducted 02– 06 April 2001*





# PIONEER TRAINING & CONSULTANTS, INC.

## THIS CERTIFICATE IS PRESENTED

TO

## Valerie S. Jones

*For successfully completing the four hour Basic*

*Monadnock Expandable Baton (MEB) Certification Program*

Conducted 05 April 2001



Roy S. Stanford
President/CEO

# UNIVERSITY OF THE DISTRICT OF COLUMBIA

## OFFICE OF UNIVERSITY POLICE

*Certificate of Training*

This is to certify that ___Officer Valerie Jones___

has completed _40_ hours of training

as of _April 6, 2001_

Chief of Police

# Certificate of Appreciation

awarded to:

## Ms. Valerie Jones



In Recognition and appreciation of your contribution to the Martin Luther King Celebration on January 15, 2001. Your professionalism and dedication to duty were greatly appreciated for services that you provided for the President of the United States, Mr. William Jefferson Clinton

January 23, 2001

Date

Acting Chief of University Police

Acting Vice President, University Services