EXHIBIT 3

**MEMORANDUM:**                                      FEBRUARY 24,2003

**TO**: CAPT MORTON
     D.C GOVERNMENT POLICE

**FR**: OFFICER V. JONES
     D.C. GOVERNMENT POLICE

**RE**: REQUEST FOR ADVANCE LEAVE


     I AM REQUESTING ADVANCE LEAVE FOR 240

HOURS. I AM SCHEDULED TO HAVE MAJOR SURGERY ON 2/27/03,

BECAUSE OF HEALTH PROBLEMS. I WOULD LIKE TO THANK YOU

IN ADVANCE FOR YOUR ASSISTANCE IN THIS MATTER. PLEASE

NOTIFY ME IF ADDITIONAL INFORMATION IS NEEDED.


CC: LT. O. MEDLEY
    MS. HATTIE ROGERS


EXHIBIT 4
Jones 4
12/4/06