EXHIBIT 4



## CAPITOL SPORTS MEDICINE
## METROPOLITAN INSTITUTE OF ORTHOPAEDICS AND REHABILITATION

PATIENT'S NAME: Valerie Jones

DATE: 7/2/03

To Whom It May Concern:

☒ THIS PATIENT CAME TO MY OFFICE TODAY.

____ THIS PATIENT WAS UNDER MY CARE FROM ____ TO ____.

____ THIS PATIENT WAS UNABLE TO WORK FROM ____ TO ____.

☒ THIS PATIENT MAY RESUME PARTICIPATION IN:

Light duty  AS OF 7/3/03

DIAGNOSIS: c/r/LS · ℞ care (R) Shoulder

SPECIAL REMARKS: walk/stand 2h/8hrly — no lift/carry — re-evaluate in 1 week

SIGNED: _____
Phillip H. Omohundro, M.D.

201 I Street, N.E. · Washington, DC 20002 · (202) 544-3360
1401 Colesville Road · Suite 110 · Silver Spring, MD 20910 · (301) 588-0217 · Fax (301) 587-2894

31