EXHIBIT 5



**CAPITOL SPORTS MEDICINE**
**METROPOLITAN INSTITUTE OF ORTHOPAEDICS AND REHABILITATION**

Jones, Valerie
Follow-up Visit
July 2, 2003

**HISTORY:** This is a follow-up visit for a patient with multiple injuries sustained in a fall at work November 14, 2002. Patient has a gastric bypass completed in February. This is her first visit since her surgery. She is reporting her neck and low back pains is improving. She is reporting no radicular pain in either lower extremity. Her left knee pain occurs with walking and sitting. She is reporting partial giving away episodes, but no swelling, catching or locking. She is using no ambulatory aids. She is currently out of work because of the surgery and post-operative "anxiety". She is taking Percocet and using Lidoderm patches.

**PHYSICAL EXAMINATION:** Height – 5'4". Weight – 225 lbs. There is no deformity of the spinal column. There is diffuse tenderness of the spinal column. Range of motion of the cervical, thoracic and lumbo-sacral spines is full with terminal pain. She is neuro-vascularly intact in the upper and lower extremities. Straight leg raising is negative bilaterally. There is no effusion of either knee and range of motion is 0 to 110 degrees bilaterally. There is moderate IT band tenderness on the left and mild medial joint line tenderness bilateral. There is bilateral patella-femoral crepitation with mild compression pain, greater on the left.

**DISCUSSION:** Patient was injected in the left knee with Marcaine and Depo-Medrol. She will continue her current medication. She will resume physical therapy once cleared by her surgeon. She will continue to be released to sedentary/light duty work activities, from an orthopaedic standpoint, with walking and standing limited to 2 hours intermittently in an 8 hour day. She will do no lifting or carrying. I will see her back in 4 weeks.
PHO:dct

901 A Street, N.E. • Washington, DC 20002 • (202) 544-5860
3401 Colesville Road • Suite 310 • Silver Spring, MD 20910 • (301) 588-5217 • Fax (301) 587-2894

32