EXHIBIT 6

01/16/2007

To Whom This May Concern:

Officer Valerie Jones was on light duty from October 2000 through November 2002. Sgt. Ozella Medley and I (Lt. Adams) did receive notice in reference to Ofc Jones' light duty status.

In July of 2003, Ofc. Jones called 'Communications' and spoke to me, Lt. Adams. At that time, I informed her that I was told by Lt. Morton that per Mr. Robinson there was no light duty. Since I had no memo or other documentation to that fact, I handed the telephone to Lt. Morton who informed Ofc. Jones that 'there is no light duty'.

Lt. Glenn E. Adams, Sr.
(retired)