EXHIBIT 7

Case 1:05-cv-01187-RMU    Document 19-11    Filed 03/28/2007    Page 1 of 2

# University of the District of Columbia

## OFFICE OF UNIVERSITY POLICE

*Phillip H. Morton*

*UDCPD Management
Bldg. 52, Room 407
4340 Connecticut Ave. N.W.
Washington, D.C. 20008
(202) 274-7012*

Memorandum

TO:   TO WHOM IT MAY CONCERN,

FROM:   Captain Phillip H. Morton
University Police

DATE:   March 14, 2003

SUBJECT:   Light duty

This memorandum is to inform you that Officer Valerie Jones is requesting light duty from the Office of University Police. At this time we do not have a light duty assignment available for Officer Jones.

If you have any questions concerning this matter, please fill free to contact me at anytime.

Cc:   Mr. Robert T. Robinson