EXHIBIT 9

ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

----------------------------x

VALERIE JONES, :
:
:
Plaintiff, :
:
:
v. : No. 05-1187(RMU)
:
UNIVERSITY OF THE DISTRICT :
OF COLUMBIA BOARD :
OF TRUSTEES et al., :
:
Defendants. :

----------------------------x

Washington D.C.
Thursday, October 12, 2006

Deposition of

PHILIP H. MORTON

a witness, called for examination by counsel for Plaintiff pursuant to notice and agreement of counsel, beginning at approximately 12:46 p.m. at 4200 Connecticut Avenue, NW, Washington D.C., before Janet Evans-Watkins of Beta Court Reporting, notary public in and for the District of Columbia, when were present on behalf of the respective parties:

13

1  who have worked light duty anytime during the
2  period of 2001 to the present?
3      A    For a week, maybe about one or two
4  people.  That's about it.
5      Q    Do you know of any officers who
6  were working in communications for any
7  extended periods of time?
8      A    For a week --
9      Q    Only for a week?
10     A    For a week or two, that's it.
11 That's it.
12     Q    Who is the person that would
13 decided whether someone could work for light
14 duty for a limited period of time, like a
15 week?
16     A    Mr. Robinson.
17     Q    Does Mr. Robinson ever consult you
18 about these assignments?
19     A    Uh-huh.
20     Q    No?
21     A    I'm not at that level.
22     Q    Do you know how long Charles Smith

```
 1   worked light duty?

 2        A    Two weeks.

 3        Q    Betty Hodges?

 4        A    I believe a week or two.  That's
 5   it.

 6        Q    Virgil Royal?

 7        A    Virgil Rolle?

 8        Q    Royal.  R-o-y-a-l?

 9        A    He never worked communications, if
10   I can remember.

11        Q    Karen Alston?

12        A    She didn't work communications.

13        Q    Did either of --

14        A    Because we have a new system now.

15        Q    Yes.

16        A    And you got to know the computer.

17        Q    Did either Mr. Royal or Ms. Alston
18   have -- do you know whether they had any
19   other type of light duty assignments?

20        A    No, I don't -- I don't recall.

21        Q    How about Leah Otuonye?  Do you
22   know whether she worked light duty?
```

                                                                15

1     A     No.

2     Q     How about Gwen Adams?

3     A     Not to my knowledge.

4     Q     Billy Greer?

5     A     Not to my knowledge.

6     Q     James Downs?

7     A     Could you give a specification on

8  James Downs?  Period, time period.

9     Q     Any period of time.

10    A     He worked a week.

11    Q     Donald Whiting?

12    A     A week or two.  A week or two, yes.

13    Q     Okay.

14          MS. KRUGER:  I just want to take a

15  short break.  Go off the record.

16          MS. DeLORENZO:  Sure.

17              (Recess)

18          BY MS. KRUGER:

19    Q     Let me just ask one final question.

20  Looking at the exhibit that I gave you,

21  Exhibit 1, the memorandum is dated March

22  14th, 2003.  It states that Officer Valerie