EXHIBIT 10

MR.CHARLES S.SMITH                                       APRIL 12,2004  
1700 DENNIS COURT  
FORESTVILLE, MD 20747

**RE: OFFICER V. JONES**

TO WHOM IT MAY CONCERN:

    THIS LETTER IS WRITTEN ON THE BEHALF OF OFFICER V.JONES. DO TO A REACUREN INJURY THAT I HAD ON MY KNEE I WAS UNABILE TO PERFORM MY POLICE DUTIES AT 100 PERCENT.ROBERT T.ROBINSON VICE-PRESIDENT OF PUBLIC SAFETY AND EMERGENCY MANAGEMENT HAS ALLOWED ME TO WORK **LITE DUTY** FOR THE PAST FIVE(5) MONTHS. IF I CAN BE OF ADDITIONAL ASSISTANCE I MAY BE REACHED AT THE ABOVED ADDRESS.

                                                    SINCERELY ,

                                                OFFICER C.S.SMITH