EXHIBIT 11



**CAPITOL SPORTS MEDICINE**
**METROPOLITAN INSTITUTE OF ORTHOPAEDICS AND REHABILITATION**

---

Jones, Valerie
Follow-up Visit
September 15, 2006

**HISTORY:** This is a follow-up visit for a patient with multiple injuries sustained in a fall at work November 14, 2002. She has completed a functional capacity evaluation that is inconclusive due to reported less than maximal effort. She continues to complain of right shoulder, low back and left knee pains. She has partial giving away episodes and increased pain on stairs on the left knee, but she has no swelling, catching or locking. She is using no ambulatory aids. She is taking Naprosyn, Neurontin, Robaxin and Glucosamine and Chondroitin. She continues released to a light duty capacity, but she has not returned to work.

**PHYSICAL EXAMINATION:** Height - 5'4". Weight - 228 lbs. There is no deformity of the spinal column. There is right trapezius muscle tenderness. Range of motion of the cervical, thoracic and lumbo-sacral spines is full with pain. There is no effusion of either knee and range of motion is full bilaterally. There is bilateral medial joint line and retinaculum tenderness, greater on the left knee. There is bilateral patella-femoral crepitation with mild compression pain, greater on the left. She is neuro-vascularly intact in the upper and lower extremities. Straight leg raise is negative bilaterally. There is some limited range of motion in the right shoulder. Rotator cuff strength is equal bilaterally. Impingement signs are positive bilaterally and Speed's tests are negative bilaterally.

**DISCUSSION:** I met with the patient and her case manager. Based on the results of the functional capacity evaluation, I think using her prior restriction is appropriate and she remains released to a sedentary work position and this should be made permanent. She will continue on her current medication. I will see her back in 4 months.

78