# EXHIBIT P



UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

```
-------------------------------x
VALERIE JONES,                 :
                               :
        Plaintiff,             :
                               :
                               :
        v.                     : No. 05-1187 (RMY)
                               :
UNIVERSITY OF THE DISTRICT     :
OF COLUMBIA BOARD OF TRUSTEES, :
                               :
        Defendant.             :
-------------------------------x
```

              Washington, D.C.

             Monday, December 4, 2006

Deposition of

         VALERIE JONES

Plaintiff, called for examination by counsel for Defendant pursuant to notice and agreement of counsel, beginning at approximately 10:19 a.m. at the Office of the Attorney General for the District of Columbia, 441 Fourth Street, NW, Washington, D.C., before Lidtz Jean-Philippe of Beta Court Reporting, notary public in and for the District of Columbia, when were present on behalf of the respective parties:



```
                                                                    2

 1    APPEARANCES:
 2       On behalf of Plaintiff:
 3           SUSAN L. KRUGER, ESQUIRE
             Alan Lescht & Associates, PC
 4           1050 17th Street, NW, Suite 220
             Washington, D.C.  20036
 5           (202) 463-6036
 6       On behalf of Defendant:
 7           DANA DeLORENZO, ESQUIRE
             JAMES VRICOS, ESQUIRE
 8           Office of the Attorney General
             441 4th Street, NW, 6th Floor South
 9           Washington, D.C.  20001
             (202) 724-6515
10
11                    *   *   *   *   *
12
13
14
15
16
17
18
19
20
21
22
```

53

```
 1      Q    Like, the Collective Bargaining
 2  Agreement?
 3      A    The Collective Bargain.
 4      Q    Did you receive a copy of the
 5  Collective Bargaining Agreement?
 6      A    Yes.
 7      Q    Do you remember when you received a
 8  copy of the Collective Bargaining Agreement?
 9      A    I'm going to say probably when I
10  first started at the university.  At some
11  point after that.
12      Q    Directing your attention to
13  paragraphs 7.9 and 7.10 -- 7.9 I believe is
14  entitled "Physical Limitations," and 7.10 I
15  believe is entitled "Reassignment due to
16  Health Reasons" -- don't both of those
17  paragraphs require you to submit medical
18  documentation when you're requesting an
19  accommodation for health reasons?
20      A    I don't know.
21      Q    If you could take a moment to read
22  those paragraphs, please.
```

121

1      Q    Could you tell me what the date is
2  on that document?
3      A    December 17th, 2003.
4      Q    Does that EEOC complaint state a
5  time frame between July 5, 2003 to
6  October 27, 2003?
7      A    Say that again.
8      Q    Does that EEOC complaint have a
   time frame of July 5, 2003 to October 27,
   2003?
       A    Yes.
       Q    Is that the time frame for your
   claims of discrimination in this case?
       A    From July?
       Q    5th, 2003.
       A    Yes.
            But that's your time frame for your
   discrimination complaint?
            From July up until now.
            So past October 27, 2003?
            Uh-huh.
            Have you amended your EEOC

Beta Court Reporting
www.betareporting.com                    (800) 522-2382

```
                                                    122
1    complaint?

2         A    No.

3         Q    So the starting point that is the

4    basis of this lawsuit is July 5; is that

5    correct?

6         A    Yes.

7         Q    So there's nothing before July 5th

8    that you're seeking relief from in this case?

9         A    Not to my recollection.

10        Q    Thank you.  You had testified that

11   Dr. Omohundro said that you could come back

12   to work in July 2003; is that correct?

13        A    Yes, yes.

14        Q    What, if anything, did you do to

15   notify the university?

16        A    I contacted Lt. Phillip Morton.

17        Q    Was he your supervisor at the time?

18        A    Yes, he was in charge of the shift.

19   He was in charge of operations.

20        Q    So does that mean he was your

21   supervisor or he was one step --

22        A    He was over the whole department
```

Beta Court Reporting
(202) 464-2400         www.betareporting.com         (800) 522-2382

1   I saw records in the workers' comp file that

2   showed that from December '04 to September

3   '06, there were bi-weekly payments of about

4   $868 --

5         A    Okay.

6         Q    Does that sound about right to you?

7         A    Yes.

8         Q    Do you know if before December '04,

9   you were getting payments of $868?

10        A    Yes, that's the only payment I have

11  ever received from them.

12        Q    Were you getting payments of $868

13  since you went out on workers' comp in

14  November of '02?

15        A    Yes. Well, originally it was,

16  like, I believe $960-something, but they

17  deduct it from my health insurance, so they

18  dropped it down to $860-some because every

19  two weeks, they automatically take out monies

20  for my health insurance.

21        Q    But when you said "originally," you

22  meant November '02?

311

```
 1        A    Right.  Well, I didn't receive any
 2   checks until January of 2003.
 3        Q    Did you ever get --
 4        A    Or it could have been -- I'm
 5   thinking it was January because it was a
 6   delay because of the paperwork, so it was
 7   either the last part of December or beginning
 8   of January.  I'm thinking it was January,
 9   because my rent was late and I had to get a
10   letter from my landlord.
11        Q    So from January '03, we'll say, to
12   September of '06, you were getting bi-weekly
13   payments of $868 and change?
14        A    Yes, yes.
15        Q    So when you're looking to recover
16   your lost wages, are you expecting to get the
17   $35/40,000 outright, or are you expecting
18   that it will be offset by the workers'
19   compensation amount?
20        A    I want it outright, because -- I
21   mean, I lost sick leave, annual leave, the
22   Sunday premium, holiday pay --
```