UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VALARIE JONES, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No.:  05-1187 (RMU) |
| : | |
| THE UNIVERSITY OF THE DISTRICT : | Document No.:    18 |
| OF COLUMBIA, BOARD OF TRUSTEES : | |
| OF THE UNIVERSITY OF THE : | |
| DISTRICT OF COLUMBIA, : | |
| : | |
| Defendant. : | |

## ORDER

**GRANTING THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND
*SUA SPONTE* DISMISSING IN PART THE CLAIMS AGAINST THE DEFENDANT**

For the reasons stated in the accompanying Memorandum Opinion, it is this 17th day of August, 2007,

**ORDERED** that the plaintiff's post-October 2003 ADA claims are **DISMISSED**; and it is

**FURTHER ORDERED** that the defendant's motion for summary judgment is **GRANTED**.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge