# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Valerie Jones

Plaintiff

vs.     Civil Action No. 05-1187 (RMU)

University of the District of Columbia Board of Trustees

Defendant

## NOTICE OF APPEAL

Notice is hereby given this 14th day of September, 20 07, that

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the 17th day of August, 20 07 in favor of Defendants against said Valerie Jones

*Alan Lescht and Assoc., P.C.*
*1050 17th Street, N.W.*
*Suite 220*
*Washington, DC 20036*

202-463-6036

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**   Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

Dana DeLorenzo
Assistant Attorney General
Sixth Floor South
441 4th Street, N.W.
Washington, DC 20001