# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-7135**                               **September Term 2007**

05cv01187

**Filed On: June 20, 2008** [1122858]

Valerie Jones,

    Appellant

v.

University of the District of Columbia Board
of Trustees, of the District of Columbia,

    Appellee

### ORDER

Upon consideration of the stipulation for dismissal of appeal with prejudice, it is

**ORDERED** that the Clerk note on the docket that this case is dismissed. No mandate will issue.

 

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
       Mark A. Butler
       Deputy Clerk